UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


Janisa Josefina Lanzaro-Brunstein, Plaintiff,

v.

The Creative Portal LLC, Writers Portal LLC, and Jack Andrews, Defendants.


VERIFIED COMPLAINT


I. PARTIES

1. Plaintiff Janisa Josefina Lanzaro-Brunstein is an individual residing in Monroe, NY.

2. Defendant The Creative Portal LLC is a New York company with offices at 1177 Avenue of the Americas, 5th Floor, NY, NY 10036.

3. Defendant Writers Portal LLC operates from P.O. Box 26636, Phoenix, AZ 85068.

4. Defendant Jack Andrews is affiliated with the above and his exact location is unknown.


II. JURISDICTION AND VENUE

5. This Court has jurisdiction under 28 U.S.C. 1332 due to diversity and amount in controversy exceeding $75,000.


III. FACTUAL ALLEGATIONS

6. Jack Andrews claimed Plaintiff's books were being considered by Amazon Studios for series adaptation.

7. He instructed Plaintiff to wire funds and send money orders to Writers Portal LLC for screenplays, trailers, and promotional work.

8. Jack Andrews also instructed Plaintiff to contact Creative Portal LLC for the production of cinematic trailers, screenplays, photos, and videos, stating that Creative Portal LLC knew the standards and requirements necessary for Amazon executives to purchase the rights to Plaintiff's books.

9. Jack instructed Plaintiff to wire $10,000.00 to a Chase Bank account in the name of Writers Portal LLC (Account #562651367, Routing #122100024) located at 270 Park Avenue, NY, NY. He claimed the funds were to be used by a prestigious legal team at 'Marshall & Associates Law Firm' allegedly retained by Amazon Studios to litigate against Plaintiff's publisher. Plaintiff later discovered the law firm was fictitious.

10. Jack also instructed Plaintiff to mail two separate money orders to Writers Portal LLC: one for $25,000 as a retainer to show faith for signing a contract with Amazon for Plaintiffs first book, and a second for $15,000 relating to a second book.

11. Plaintiff paid over $150,000, but no services were rendered.

12. Communications involved fraudulent misrepresentation, using email and mail services.

IV. CLAIMS FOR RELIEF

13. Wire Fraud (18 U.S.C. 1343)

14. Mail Fraud (18 U.S.C. 1341)

15. Deceptive Business Practices (NY GBL 349)

16. Breach of Contract

17. Unjust Enrichment

V. DAMAGES DEMANDED

18. Plaintiff seeks $150,000 in compensatory and punitive damages.

VI. VERIFICATION

I, Janisa Josefina Lanzaro-Brunstein, verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: 07/16/2025

Signature: _____

Janisa Josefina Lanzaro-Brunstein

CIVIL COVER SHEET

Plaintiff: Janisa Josefina Lanzaro-Brunstein

Address: 25 Aldo Ct, Monroe, NY 10950

Phone: 716-380-3763

Email: janisabrunstein@icloud.com

Defendants:

1. The Creative Portal LLC (1177 Avenue of the Americas, NY)

2. Writers Portal LLC (P.O. Box 26636, Phoenix, AZ)

3. Jack Andrews (address unknown)

Cause of Action: Wire fraud, mail fraud, deceptive practices, breach of contract, unjust enrichment

Jurisdiction: Diversity  28 U.S.C.  1332

Nature of Suit: 370  Other Fraud

Relief Requested: $150,000 in compensatory and punitive damages.

Attorney for Plaintiff: Self-represented

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Janisa Josefina Lanzaro-Brunstein, Plaintiff,

v.

The Creative Portal LLC

1177 Avenue of the Americas, 5th Floor, New York, NY 10036, Defendant.

SUMMONS IN A CIVIL ACTION

TO: The Creative Portal LLC

1177 Avenue of the Americas, 5th Floor, New York, NY 10036

A lawsuit has been filed against you.

You must respond within 21 days after being served.

If you do not, judgment by default will be entered against you.

You must also file your response with the court and serve it to Plaintiff at:

Janisa Josefina Lanzaro-Brunstein

25 Aldo Ct, Monroe, NY 10950

Email: janisabrunstein@icloud.com

Phone: 716-380-3763

_____

CLERK OF COURT


Date: _____

By: _____

Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Janisa Josefina Lanzaro-Brunstein, Plaintiff,

v.

Writers Portal LLC

P.O. Box 26636, Phoenix, AZ 85068, Defendant.

SUMMONS IN A CIVIL ACTION

TO: Writers Portal LLC

P.O. Box 26636, Phoenix, AZ 85068

A lawsuit has been filed against you.

You must respond within 21 days after being served.

If you do not, judgment by default will be entered against you.

You must also file your response with the court and serve it to Plaintiff at:

Janisa Josefina Lanzaro-Brunstein

25 Aldo Ct, Monroe, NY 10950

Email: janisabrunstein@icloud.com

Phone: 716-380-3763

_____

CLERK OF COURT

Date: _____

By: _____

Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Janisa Josefina Lanzaro-Brunstein, Plaintiff,

v.

Jack Andrews

(Address unknown), Defendant.

SUMMONS IN A CIVIL ACTION

TO: Jack Andrews

(Address unknown)

A lawsuit has been filed against you.

You must respond within 21 days after being served.

If you do not, judgment by default will be entered against you.

You must also file your response with the court and serve it to Plaintiff at:

Janisa Josefina Lanzaro-Brunstein

25 Aldo Ct, Monroe, NY 10950

Email: janisabrunstein@icloud.com

Phone: 716-380-3763

_____

CLERK OF COURT

Date: _____

By: _____

Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

I, _____, declare under penalty of perjury:

1. I am over the age of 18 years and not a party to this action.

2. I served the following documents:

   Verified Complaint

   Summons

   Civil Cover Sheet

   Exhibits Index

3. By certified mail addressed to the Defendants as follows:

   - The Creative Portal LLC, 1177 Avenue of the Americas, 5th Floor, New York, NY 10036

   - Writers Portal LLC, P.O. Box 26636, Phoenix, AZ 85068

   - Jack Andrews (address unknown, presumed affiliated with above entities)

4. I deposited true copies enclosed in a sealed envelope with proper postage at a U.S. Postal facility.

Executed on: _____

Signature: _____

Printed Name: __Janisa Josefina Lanzaro-Brunstein__

Address: 25 Aido court, Monroe, NY 10950

Phone: 716-380-3763

EXHIBITS INDEX

Exhibit A: Chase Bank Wire Transfer - $5,000

Exhibit B: Citibank Wire Transfer - $5,000

Exhibit C: Money Order - $25,000 (First Book Contract)

Exhibit D: Money Order - $15,000 (Second Book Contract)

Exhibit E: Emails from Jack Andrews referencing Amazon Studios

Exhibit F: Thailand Vlog and Media Proposal Draft

Exhibit G: Invoice from Creative Portal LLC

Exhibit H: Screenshots of Contractual Offers and False Promises

Exhibit I: Tracking slips for certified mail

Exhibit J: Proof of Emotional and Financial Distress