# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

JANISA JOSEFINA LANZARO-BRUNSTEIN,                    )

                                        )

       Plaintiff,                  )

                                          )

   -against-                  )   Case No. 1:25-CV-05905-LTS

                                          )

CREATIVE PORTAL LLC, WRITER'S PORTAL LLC, WOODSIDE MOTION CO.,                    )

                                          )

       Defendants.                  )

_____)

FIRST AMENDED COMPLAINT

**INTRODUCTION, ADDITIONAL ALLEGATIONS & PRAYER FOR RELIEF**

1. Plaintiff JANISA JOSEFINA LANZARO-BRUNSTEIN brings this action against CREATIVE PORTAL LLC, WRITER'S PORTAL LLC, and newly added defendant WOODSIDE MOTION CO., for fraudulent misrepresentation, deceptive business practices, and financial damages stemming from a coordinated scheme to solicit money for services and productions that were never rendered.

2. WOODSIDE MOTION CO. operates under the umbrella of CREATIVE PORTAL LLC and participated in the orchestration of a false production opportunity intended to lure Plaintiff into a fabricated media project.

3. Defendant WOODSIDE MOTION CO., in concert with CREATIVE PORTAL LLC, misrepresented its

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

intention to produce a professional travel-style documentary featuring Plaintiff in a format similar to Anthony Bourdain's shows, to be filmed in Thailand.

4. Plaintiff was required to pay $3,000 upfront for production services and also incurred additional personal costs exceeding $15,000 for hotel accommodations, international flights, meals, and local transportation based on Defendants' representations.

5. Despite receiving the full payment and Plaintiff's participation in the trip, Defendants failed to deliver any professional production, final cut, or usable footage.

6. Additionally, Plaintiff hired an attorney and paid $1,000 to make reasonable amendments to the contractual agreement to ensure profit-sharing from the proposed show (50/50 split). Defendants categorically rejected the revised terms and refused to formalize a fair agreement.

7. Defendants further deceived Plaintiff with false assurances that they had relationships with legitimate production companies and could facilitate industry interest and distribution for the show. These representations were knowingly false and part of a broader scheme to obtain money from Plaintiff under fraudulent pretenses.

8. Plaintiff later discovered that Defendants had no credible contacts, influence, or intent to broker or promote the show professionally. These actions constitute a deliberate pattern of fraud and misrepresentation.

9. Plaintiff was left without any production, lost substantial funds, and was subjected to undue stress and deception from Defendants acting in bad faith.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

10. As a direct result of the Defendants' actions, Plaintiff suffered financial loss, emotional distress, and physical hardship, for which she seeks compensatory damages.

WHEREFORE, Plaintiff demands judgment against Defendants jointly and severally in the amount of $100,000, together with such other and further relief as the Court deems just and proper.