UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JANISA JOSEFINA LANZARO-BRUNSTEIN, Plaintiff,

v.

CREATIVE PORTAL LLC, WRITER'S PORTAL LLC, JACK ANDREWS, and JOHN DOE DEFENDANTS 1-10, Defendants.

Case No.: 1:25-CV-05905-LTS

AMENDED COMPLAINT

(Jury Trial Demanded)

**INTRODUCTION**

Plaintiff, proceeding pro se, respectfully submits this Amended Complaint to add factual allegations regarding forgery of contracts and fraudulent inducement of payments connected to purported agreements with Amazon Studios, as further described below.

**STATEMENT OF FACTS**

1. On the date of February 16, 2024, Defendant Jack Andrews, acting in connection with Creative Portal LLC, represented to Plaintiff that Amazon Studios intended to sign a contract to purchase the rights to Plaintiff's first book.

2. Jack Andrews provided Plaintiff with a purported contract bearing what he claimed was the signature of the Vice President of Amazon Studios. Plaintiff alleges this signature was forged and that the contract itself was a fraudulent instrument created to induce payment.

3. Jack Andrews instructed Plaintiff to mail a check in the amount of $25,000.00 to Writer's Portal LLC at its P.O. Box address as a show of 'good faith' to secure the fraudulent first contract.

4. Subsequently, Andrews produced a second purported Amazon Studios contract for Plaintiff's second book, which Plaintiff also alleges was forged. To 'finalize' this second agreement, Andrews instructed Plaintiff to send a $15,000.00 payment to Writer's Portal LLC.

5. Plaintiff relied on these misrepresentations and mailed the payments as instructed. At no time did Amazon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Studios authorize or enter into any such contracts, nor did their Vice President sign any such agreements. The alleged contracts were fabrications used by Defendants to obtain money through false pretenses.

## CAUSES OF ACTION

### COUNT I - FRAUD

Defendants knowingly made false statements regarding the existence and authenticity of contracts with Amazon Studios, intending to induce Plaintiff to part with substantial funds, which Plaintiff did to her detriment.

### COUNT II - FORGERY

Defendants created or caused to be created forged contracts, including the falsified signature of the Vice President of Amazon Studios, in violation of applicable state and federal laws.

### COUNT III - MAIL AND WIRE FRAUD

Defendants used the United States mail and wire communications in furtherance of their fraudulent scheme.

### COUNT IV - CONSPIRACY TO COMMIT FRAUD

Defendants conspired and acted in concert to defraud Plaintiff through the creation and use of forged contracts and false representations.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and against Defendants as follows:

a) Compensatory damages in the amount of $150,000.00 or such other amount proven at trial;

b) Punitive damages to deter similar conduct;

c) Costs and fees incurred in bringing this action;

d) Such other and further relief as the Court deems just and proper.

Dated: August 11, 2025

Respectfully submitted,

_____

Janisa Josefina Lanzaro-Brunstein

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Pro Se

25 Aldo Ct

Monroe, NY 10950

Phone: (928) 544-3976

Email: info@aestheticgetaway.com