UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 7:25-CV-05905-KMK

JANISA JOSEFINA LANZARO-BRUNSTEIN,

Plaintiff, Pro Se,

v.

CREATIVE PORTAL LLC,

WRITER'S PORTAL LLC,

WRITERS WORK LLC,

WOODSIDE MOTION COMPANY LLC,

Defendants.

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

TABLE OF CONTENTS

Affidavit of Janisa Josefina Lanzaro-Brunstein .......... 1
Memorandum of Law ................................................. 3
Exhibit Index ........................................................... 7

AFFIDAVIT OF JANISA JOSEFINA LANZARO-BRUNSTEIN

I, Janisa Josefina Lanzaro-Brunstein, being duly sworn, depose and state as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. Writers Work LLC is formally registered as a domestic limited liability company with the Texas Secretary of State, file number 802809446, with members Jennifer Harrell and Mark Harrell. The entity was filed on September 8, 2017, and is listed as active and in existence.

2. The Better Business Bureau confirms Writers Work LLC operates in Austin, Texas, listing both Jennifer Harrell and Mark Harrell as managing members, with a business start date of January 3, 2018.

3. The official website (writers.work) identifies the entity as "Writers Work LLC, a limited liability corporation located in Austin, TX."

4. Writer's Portal LLC does not appear as a separate registered entity in Texas Secretary of State records. Instead, it advertises business addresses in Phoenix, Arizona and Fort Lauderdale, Florida.

5. No independent record has been found in the Arizona Corporation Commission or Florida Sunbiz databases confirming "Writer's Portal LLC" as a separately registered LLC.

6. Based on these facts, Writer's Portal LLC appears to be operating only as a "doing business as" name (DBA) associated with Writers Work LLC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Monroe, New York.

_____
Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se
25 Aldo Ct
Monroe, NY 10950

MEMORANDUM OF LAW

Plaintiff respectfully submits this memorandum in response to the Court's Order to Show Cause.

Statement of Facts:
As set forth in the Affidavit, Writers Work LLC is a duly formed and existing Texas limited liability company, while "Writer's Portal LLC" does not appear in any state registration database. Writer's Portal LLC advertises addresses in Arizona and Florida, but provides no proof of independent corporate registration.

Argument:
Because Writer's Portal LLC lacks separate corporate existence, it should be treated as a DBA or alias of Writers Work LLC. Courts routinely disregard fictitious entities that are not properly registered, and any contracts or representations made under the name "Writer's Portal LLC" are legally attributable to Writers Work LLC.

Conclusion:
For these reasons, the Court should recognize that Writer's Portal LLC is not a distinct entity, but rather a DBA of Writers Work LLC, and proceed accordingly in adjudicating Plaintiff's claims.

EXHIBIT INDEX

Exhibit A – Texas Secretary of State record for Writers Work LLC (File No. 802809446).
Exhibit B – Better Business Bureau profile confirming Austin, TX and members Jennifer & Mark Harrell.
Exhibit C – Writers Work LLC Terms of Service identifying the company as a Texas LLC.
Exhibit D – Public address listing for Writer's Portal LLC in Phoenix, AZ.
Exhibit E – Public address listing for Writer's Portal LLC in Fort Lauderdale, FL.
Exhibit F – Search results showing absence of Writer's Portal LLC as a registered entity in Texas, Arizona, or Florida.

Respectfully submitted,

_____
Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se
25 Aldo Ct
Monroe, NY 10950