# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

# Case No. 7:25-CV-05905-KMK

**JANISA JOSEFINA LANZARO-BRUNSTEIN**,
Plaintiff,

v.

**CREATIVE PORTAL LLC, WRITER'S PORTAL LLC,
WOODSIDE MOTION COMPANY LLC, and JACK ANDREWS**,
Defendants.

# CIVIL COMPLAINT FOR RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO)

**JURISDICTION AND VENUE**

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because this action arises under the laws of the United States, specifically the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. §§ 1961–1968.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events and omissions giving rise to the claims occurred within this District, including Plaintiff's residence in Monroe, New York, and Defendants' use of interstate wires and mail to defraud Plaintiff within this jurisdiction.

3. This Court also has jurisdiction under 18 U.S.C. § 1964(c), which provides a private right of action for treble damages, costs, and attorney's fees for persons injured by reason of a violation of 18 U.S.C. § 1962.

**COUNT I – Civil RICO (18 U.S.C. § 1962(c))**

1. Plaintiff realleges and incorporates by reference the preceding paragraphs.

2. Defendants Creative Portal LLC, Writer's Portal LLC, Woodside Motion Company LLC, and Jack Andrews (collectively "Defendants") constitute an enterprise within the meaning of 18 U.S.C. § 1961(4). The Defendants associated together for the common purpose of defrauding Plaintiff by falsely representing that Plaintiff's books would be acquired by Amazon Studios if she purchased cinematic trailers, screenplays, and legal retainers.

3. Defendants engaged in a pattern of racketeering activity within the meaning of 18 U.S.C. § 1961(5), consisting of multiple acts of mail fraud (18 U.S.C. § 1341) and wire fraud (18 U.S.C. § 1343).

4. Predicate acts include, but are not limited to:

  a. Plaintiff was instructed by Defendant Jack Andrews to wire transfer $10,000 to Writer's Portal LLC at Chase Bank under the false pretense of hiring a fictitious law firm.

  b. Plaintiff was induced to mail a $25,000 money order to Writer's Portal LLC as a "retainer" for a non-existent Amazon contract.

  c. Plaintiff was induced to mail a $15,000 money order for a second book contract under similar false pretenses.

5. Defendants knowingly and intentionally devised these fraudulent schemes and used U.S. mails and interstate wires to execute them.

6. As a direct and proximate result of Defendants' racketeering activity, Plaintiff suffered injury to her property, including the loss of at least $50,000.

7. Pursuant to 18 U.S.C. § 1964(c), Plaintiff is entitled to treble damages, costs, and reasonable attorney's fees.

**WHEREFORE**, Plaintiff demands judgment against Defendants, jointly and severally, for treble damages of not less than $150,000, costs of suit, attorney's fees, and further relief as this Court deems just and proper.

### COUNT II – Civil RICO Conspiracy (18 U.S.C. § 1962(d))

1. Plaintiff realleges and incorporates by reference the preceding paragraphs.

2. Defendants conspired together to violate 18 U.S.C. § 1962(c) by conducting and participating in the affairs of an enterprise through a pattern of racketeering activity.

3. The conspiracy had the common purpose of fraudulently obtaining money from Plaintiff by falsely representing that Plaintiff's books would be purchased by Amazon Studios if she purchased cinematic trailers, screenplays, and legal retainers.

4. Each Defendant agreed to participate, directly or indirectly, in the conduct of the enterprise's affairs through predicate acts of racketeering, including mail and wire fraud.

5. As a direct and proximate result of Defendants' conspiracy, Plaintiff suffered injury to her property, including the loss of at least $50,000.

6. Pursuant to 18 U.S.C. § 1964(c), Plaintiff is entitled to treble damages, costs, and reasonable attorney's fees.

**WHEREFORE**, Plaintiff demands judgment against Defendants, jointly and severally, for treble damages of not less than $150,000, costs of suit, attorney's fees, and further relief as this Court deems just and proper.

Respectfully submitted,

_____
Janisa Josefina Lanzaro-Brunstein

Plaintiff, Pro Se
25 Aldo Ct
Monroe, NY 10950
Phone: +1 (928) 544-3976
Email: info@aestheticgetaway.com