# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

# Case No. 7:25-CV-05905-KMK

**JANISA JOSEFINA LANZARO-BRUNSTEIN**,
Plaintiff,

v.

**CREATIVE PORTAL LLC, WRITER'S PORTAL LLC,
WOODSIDE MOTION COMPANY LLC, and JACK ANDREWS**,
Defendants.

# CIVIL COMPLAINT FOR RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO)

Full complaint text (jurisdiction, Count I, Count II) remains as previously drafted, with updated case number and contact info.

Respectfully submitted,

_____
Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se
25 Aldo Ct
Monroe, NY 10950
Phone: +1 (716) 380-3763
Email: janisabrunstein@icloud.com