UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANISA JOSEFINA LANZARO-BRUNSTEIN,

     *Plaintiff*,

v.

THE CREATIVE PORTAL, LLC, *et al.*

     *Defendants*.

No. 25-CV-5905 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

  Pro se Plaintiff Janisa Josefina Lanzaro-Brunstein filed the Instant Action on July 16, 2025. (*See* Compl. (Dkt. No. 1).) On July 24, 2025, the Judge Laura Taylor Swain issued an order directing payment of fees associated with this action, or else submit an in forma pauperis ("IFP") application. (*See* Dkt. No. 3.) On August 12, 2025, Plaintiff paid the required fees. (*See* Aug. 12, 2025 Dkt. Entry.) On August 26, 2025, Plaintiff requested the issuance of summons by the Clerk of Court. (*See* Dkt. No. 18.)

  Accordingly, the Clerk of Court is respectfully directed to issue summons to Plaintiff, and Plaintiff is ordered to serve summons Defendants.

SO ORDERED.

DATED: September 9, 2025
     White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE