**United States District Court**
Southern District of New York

**Case No.:** 7:25-cv-05905-KMK

**To: U.S. Marshal**
Service of Process for:

**Defendant:** Creative Portal LLC
**Serve Through Registered Agent:** Northwest Registered Agent LLC
**Address:**
418 Broadway, Suite N Albany, NY 12207

**Type of Process:** Summons and Complaint

**Special Instructions:**
Please serve Creative Portal LLC by serving its registered agent, Northwest Registered Agent LLC, at the above address.

**Requested by:**
Janisa Josefina Lanzaro-Brunstein, Plaintiff
209 Warren Ave
Kenmore, NY 14217
Phone: 716-380-3763

**Signature of Attorney or Originator:** _____
**Date:** 09/10/2025