# Declaration and Memorandum of Law

## Declaration of Janisa Josefina Lanzaro-Brunstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JANISA JOSEFINA LANZARO-BRUNSTEIN,
   Plaintiff,

  -against-

CREATIVE PORTAL LLC, WRITERS PORTAL LLC,
WOODSIDE MOTION COMPANY LLC, JACK ANDREWS,
   Defendants.
--------------------------------------------------------X
Case No.: 7:25-CV-05905-KMK

I, Janisa Josefina Lanzaro-Brunstein, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the Plaintiff in the above-captioned action and submit this declaration based on my personal knowledge and public records.
2. Attached hereto as Exhibit A is a true and correct copy of the official business filing from the Florida Department of State for THE CREATIVE PORTAL, LLC, listing Natalie P. Portal as manager and registered agent at 627 Eldron Drive, Suite 101, Miami Springs, FL 33166.
3. Attached hereto as Exhibit B is a true and correct copy of the official New York Department of State filing for The Creative Portal LLC, formed March 31, 2023, with Northwest Registered Agent LLC as registered agent at 418 Broadway, Suite N, Albany, NY 12207.
4. Attached hereto as Exhibit C are consumer watchdog reports (Writer Beware) describing fraudulent practices by Creative Portal LLC (Miami), including unsolicited offers and demands for upfront fees.
5. Attached hereto as Exhibit D is my comparative analysis distinguishing the New York entity from the Florida entity, showing that only the Florida entity is linked to scam reports.
6. These exhibits are provided to demonstrate Defendants' deceptive practices and patterns of fraud.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __16th September__2025.

_____
Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se

## Memorandum of Law in Support of Plaintiff's Claims

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JANISA JOSEFINA LANZARO-BRUNSTEIN,
   Plaintiff,

   -against-

CREATIVE PORTAL LLC, WRITERS PORTAL LLC,
WOODSIDE MOTION COMPANY LLC, JACK ANDREWS,
   Defendants.
-------------------------------------------------------X
Case No.: 7:25-CV-05905-KMK

MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S CLAIMS AGAINST CREATIVE PORTAL LLC

Preliminary Statement:
Plaintiff submits this Memorandum of Law in support of her claims of fraud, misrepresentation, and deceptive practices by Defendants Creative Portal LLC and related entities.

Statement of Facts:
- The Florida entity, THE CREATIVE PORTAL, LLC, is managed by Natalie P. Portal at 627 Eldron Drive, Miami Springs, FL.
- A separate entity, The Creative Portal LLC, was formed in Albany, New York in 2023, with Northwest Registered Agent LLC listed at 418 Broadway, Albany, NY.
- Consumer watchdog reports (Writer Beware) describe Creative Portal LLC (Miami) contacting authors with false promises of film adaptation, requiring upfront fees.
- Plaintiff's Exhibits A–D corroborate these findings.

Legal Standard:
Fraud requires proof of false representations made knowingly, intent to induce reliance, justifiable reliance, and damages. See Jo Ann Homes at Bellmore, Inc. v. Dworetz, 25 N.Y.2d 112 (1969).
Deceptive business practices are prohibited under New York General Business Law §§ 349–350.
A federal court may consider public records and consumer reports as supporting context for fraudulent schemes, especially in evaluating patterns of misconduct.

Argument:
1. Defendants engaged in deceptive practices by misrepresenting their capabilities and demanding upfront payments.
2. Fraud is supported where false statements were made knowingly to induce reliance, Plaintiff relied, and damages ensued.
3. Public consumer warnings corroborate that these actions are part of a broader fraudulent scheme, not an isolated occurrence.

Conclusion:
For the foregoing reasons, Plaintiff respectfully requests that the Court take judicial notice of Exhibits A–D and consider them as evidence of Defendants' fraudulent and deceptive practices.

Dated: __09/16/_____, 2025

Respectfully submitted,

_____
Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se