# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
JANISA JOSEFINA LANZARO-BRUNSTEIN,
   Plaintiff,

  -against-

CREATIVE PORTAL LLC, WRITERS PORTAL LLC,
WOODSIDE MOTION COMPANY LLC, JACK ANDREWS,
   Defendants.
-------------------------------------------------------X
Case No.: 7:25-CV-05905-KMK

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Plaintiff, and the exhibits attached thereto, Plaintiff Janisa Josefina Lanzaro-Brunstein, appearing pro se, will move this Court, before the Honorable Kenneth M. Karas, United States District Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, at a date and time to be determined by the Court, for an Order authorizing and enforcing a subpoena to JPMorgan Chase Bank, N.A. for records relating to the account of Writer's Portal LLC, Account No. 562651367, and for such other and further relief as the Court deems just and proper.

Dated: _09/17_____, 2025
Monroe, New York

Respectfully submitted,

_____
Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se
25 Aldo Ct
Monroe, NY 10950
Phone: (716) 380-3763
Email: janisabrunstein@icloud.com