# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X
JANISA JOSEFINA LANZARO-BRUNSTEIN,
   Plaintiff,

   -against-

CREATIVE PORTAL LLC, WRITERS PORTAL LLC,
WOODSIDE MOTION COMPANY LLC, JACK ANDREWS,
   Defendants.
--------------------------------------------------------X
Case No.: 7:25-CV-05905-KMK

## MOTION PACKET INDEX – SUBPOENA TO JPMORGAN CHASE BANK, N.A.

| Exhibit | Document Title | Description |
|---|---|---|
| 1 | Notice of Motion | Advises the Court and Defendants of Plaintiff's intent to seek enforcem |
| 2 | Memorandum of Law | Explains the legal basis for the subpoena under Fed. R. Civ. P. 45 and |
| 3 | Declaration of Plaintiff | Sworn statement by Plaintiff authenticating wire transfers and necessit |
| 4 | Subpoena Duces Tecum | Command to JPMorgan Chase Bank to produce account-opening/KYC |
| 5 | Proposed Protective Order | Ensures confidentiality of sensitive banking documents produced by C |
| 6 | Motion for Protective Order | Formal request for entry of the Protective Order to safeguard Chase's |

*This index is provided for the Court's convenience to identify all documents filed in support of Plaintiff's motion to authorize and enforce a subpoena to JPMorgan Chase Bank, N.A. concerning the account of Writer's Portal LLC.*