# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
JANISA JOSEFINA LANZARO-BRUNSTEIN,
   Plaintiff,

  -against-

CREATIVE PORTAL LLC, WRITERS PORTAL LLC,
WOODSIDE MOTION COMPANY LLC, JACK ANDREWS,
   Defendants.
-------------------------------------------------------X
Case No.: 7:25-CV-05905-KMK


## [PROPOSED] PROTECTIVE ORDER

WHEREAS, non-party JPMorgan Chase Bank, N.A. ("Chase") has been served with a subpoena duces tecum pursuant to Federal Rule of Civil Procedure 45 seeking records concerning the account of Writer's Portal LLC, Account No. 562651367; and

WHEREAS, such records include sensitive personal and financial information protected by confidentiality interests;

IT IS HEREBY ORDERED that:

1. All documents and records produced by Chase in response to the subpoena shall be designated as "Confidential."

2. Confidential information shall be used solely for purposes of this litigation and shall not be disclosed to any person or entity except:
a. The Court and its personnel;
b. The parties in this case;
c. Counsel of record (if any) and their staff;
d. Experts or consultants retained for purposes of this case, provided they agree in writing to be bound by this Order.

3. Any filings that include Confidential material shall be made under seal in compliance with the Court's rules.

4. Nothing in this Order shall prevent Chase from asserting objections to the subpoena or seeking further protection from the Court.

5. This Order shall remain in effect until modified or terminated by further Order of the Court.

SO ORDERED.

Dated: _____, 2025

_____
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York