# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X
JANISA JOSEFINA LANZARO-BRUNSTEIN,
   Plaintiff,

   -against-

CREATIVE PORTAL LLC, WRITERS PORTAL LLC,
WOODSIDE MOTION COMPANY LLC, JACK ANDREWS,
   Defendants.
--------------------------------------------------------X
Case No.: 7:25-CV-05905-KMK

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Plaintiff, and the exhibits attached thereto, Plaintiff Janisa Josefina Lanzaro-Brunstein, appearing pro se, will move this Court, before the Honorable Kenneth M. Karas, United States District Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, at a date and time to be determined by the Court, for an Order authorizing and enforcing subpoenas to JPMorgan Chase Bank, N.A. and to LegalZoom.com, Inc./United States Corporation Agents, Inc., requiring production of records relating to Writer's Portal LLC, with compliance required **within 10 to 14 days after service**.

Dated: __09/17_____, 2025
White Plains, New York

Respectfully submitted,

_____
Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se
209 Warren Ave
Kenmore, NY 14217
Phone: (716) 380-3763
Email: janisabrunstein@icloud.com