# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
JANISA JOSEFINA LANZARO-BRUNSTEIN,
   Plaintiff,

   -against-

CREATIVE PORTAL LLC, WRITERS PORTAL LLC,
WOODSIDE MOTION COMPANY LLC, JACK ANDREWS,
   Defendants.
---------------------------------------------------------X
Case No.: 7:25-CV-05905-KMK


## [PROPOSED] ORDER

Upon consideration of Plaintiff's Affidavit Authenticating Exhibit – State & Agent Findings (Updated), and the attached exhibit summarizing public records and registered agent information concerning Writer's Portal LLC and United States Corporation Agents, Inc., it is hereby ORDERED that:

1. Plaintiff's affidavit and the attached Exhibit "State & Agent Findings: Writer's Portal LLC" are accepted into the record of this case.

2. The Exhibit may be referenced by the parties and considered by the Court in connection with pending and future motions, including Plaintiff's motion to enforce a subpoena to JPMorgan Chase Bank, N.A.

SO ORDERED.

Dated: _____, 2025

_____
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York