# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
JANISA JOSEFINA LANZARO-BRUNSTEIN,
   Plaintiff,

   -against-

CREATIVE PORTAL LLC, WRITERS PORTAL LLC,
WOODSIDE MOTION COMPANY LLC, JACK ANDREWS,
   Defendants.
-------------------------------------------------------X
Case No.: 7:25-CV-05905-KMK

## DECLARATION OF PLAINTIFF IN SUPPORT OF SUBPOENAS TO JPMORGAN CHASE BANK AND LEGALZOOM/USCA

I, Janisa Josefina Lanzaro-Brunstein, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the Plaintiff in this action and submit this Declaration in support of my request for authorization and enforcement of subpoenas to JPMorgan Chase Bank, N.A. ("Chase") and to LegalZoom.com, Inc./United States Corporation Agents, Inc. ("USCA").

2. On May 7, 2024, a wire transfer of $5,000 was made from the Chase account of Eliahu Ram into the account of Writer's Portal LLC at Chase Bank, Account No. 562651367, located at 270 Park Avenue, New York, NY.

3. On May 8, 2024, a second wire transfer of $5,000 was made from the Citibank account ending in 5105 of Eliahu Ram into the same Chase account of Writer's Portal LLC (#562651367).

4. Writer's Portal LLC has presented multiple and inconsistent addresses in public records, and it remains unclear where this business is properly incorporated.

5. Chase, as the depository institution, and LegalZoom/USCA, as the registered agent and corporate service provider, necessarily possess account-opening, incorporation, and customer identification (KYC) records that include Articles of Organization/Incorporation, EIN documentation, beneficial owner forms, and related materials.

6. These records are essential to identifying the true owners and controllers of Writer's Portal LLC and are directly relevant to my claims of fraud and violations of the Racketeer Influenced and Corrupt Organizations Act (RICO).

7. I respectfully request that the Court enforce the subpoenas and require production of these records **within 10 to 14 days after service**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __09/17_____, 2025

_____
Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se
209 Warren Ave
Kenmore, NY 14217
Phone: (716) 380-3763
Email: janisabrunstein@icloud.com