# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
JANISA JOSEFINA LANZARO-BRUNSTEIN,
   Plaintiff,

   -against-

CREATIVE PORTAL LLC, WRITERS PORTAL LLC,
WOODSIDE MOTION COMPANY LLC, JACK ANDREWS,
   Defendants.
-------------------------------------------------------X
Case No.: 7:25-CV-05905-KMK


## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS (Fed. R. Civ. P. 45)

TO: LegalZoom.com, Inc.
101 North Brand Blvd., 11th Floor
Glendale, CA 91203

AND

United States Corporation Agents, Inc.
500 N Rainbow Blvd., Ste 300A
Las Vegas, NV 89107

YOU ARE COMMANDED to produce the following documents and records in your possession, custody, or control, pertaining to the entity known as Writer's Portal LLC (also referred to as The Writer's Portal LLC, Writers Portal LLC, or Writer Portal LLC), including its registration in Arizona (ACC File No. 23348962, March 2022):

**Document Requests**
1. Articles of Organization/Formation and related incorporation papers.
2. EIN (IRS SS-4) records prepared or filed by LegalZoom/USCA.
3. Beneficial owner/organizer/manager identification documents and KYC records.
4. Billing records identifying the person(s) who ordered formation services.
5. Correspondence between LegalZoom/USCA and the person(s) who formed or maintain the LLC.

You must produce these records to Plaintiff at the following address:
209 Warren Ave
Kenmore, NY 14217, or via secure electronic delivery to janisabrunstein@icloud.com, **within 10 to 14 days after service of this subpoena**.

This subpoena is issued pursuant to Rule 45 of the Federal Rules of Civil Procedure.

Dated: __09/17__, 2025

Respectfully submitted,

_____

Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se
209 Warren Ave
Kenmore, NY 14217
Phone: (716) 380-3763
Email: janisabrunstein@icloud.com