# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
JANISA JOSEFINA LANZARO-BRUNSTEIN,
   Plaintiff,

  -against-

CREATIVE PORTAL LLC, WRITERS PORTAL LLC,
WOODSIDE MOTION COMPANY LLC, JACK ANDREWS,
   Defendants.
---------------------------------------------------------X
Case No.: 7:25-CV-05905-KMK

## AFFIDAVIT OF PLAINTIFF AUTHENTICATING EXHIBIT – STATE & AGENT FINDINGS (WITH MAINE)

I, Janisa Josefina Lanzaro-Brunstein, being duly sworn, depose and state under penalty of perjury as follows:

1. I am the Plaintiff in the above-captioned action.

2. I have conducted public searches of the Maine, Florida, Arizona, and Nevada Secretary of State business registries, and I have reviewed information concerning the registered agent United States Corporation Agents, Inc. (USCA).

3. Attached hereto as Exhibit "State & Agent Findings: Writer's Portal LLC" is a true and correct summary of the results of those searches and findings. It reflects that:
- In Maine, no registration exists under the name Writer's Portal LLC or its close variants. A claimed address of 163 Ghent Rd, Searsmont, ME 04973 appears publicly associated with the entity, but no official Maine incorporation exists at this location.
- No registration exists in Florida under that name, and the Fort Lauderdale address corresponds to a UPS Store mailbox (2890 W Broward Blvd #354).
- Arizona records confirm Writer's Portal LLC registered in March 2022 (File No. 23348962), listing both a residential address (801 W Villa Rita Dr, Phoenix, AZ 85023) and PO Box 87091, with United States Corporation Agents, Inc. as the statutory agent.
- Nevada records show no registration of Writer's Portal LLC but confirm that USCA itself is incorporated there, with its principal office at 500 N Rainbow Blvd, Ste 300A, Las Vegas, NV 89107.
- Georgia records show USCA operates at 11175 Cicero Dr, Ste 100, Alpharetta, GA 30022.
- USCA also maintains additional addresses, including 10601 Clarence Dr, Ste 250, Frisco, TX; 1820 E Ray Rd, Ste 1000, Chandler, AZ; and 300 W Clarendon Ave, Ste 240, Phoenix, AZ.
- Nevada filings list USCA's officers as Frank Monestere (President/Director), Charles Rampenthal (Secretary/Director), and Peter Oey (Treasurer), all recognized executives of LegalZoom.

4. These inconsistencies confirm that Writer's Portal LLC has used multiple and conflicting addresses

and relies on a commercial registered agent affiliated with LegalZoom, creating uncertainty as to its true place of incorporation and beneficial ownership.

5. I respectfully submit this affidavit to authenticate the attached Exhibit for the Court's consideration in support of my motion to enforce a subpoena on JPMorgan Chase Bank, N.A. to obtain definitive incorporation and ownership records for Writer's Portal LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/17, 2025

_____
Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se
25 Aldo Ct
Monroe, NY 10950
Phone: (716) 380-3763
Email: janisabrunstein@icloud.com