# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
JANISA JOSEFINA LANZARO-BRUNSTEIN,
   Plaintiff,

  -against-

CREATIVE PORTAL LLC, WRITERS PORTAL LLC,
WOODSIDE MOTION COMPANY LLC, JACK ANDREWS,
   Defendants.
-------------------------------------------------------X
Case No.: 7:25-CV-05905-KMK

## MEMORANDUM OF LAW IN SUPPORT OF SUBPOENAS TO JPMORGAN CHASE BANK AND LEGALZOOM/USCA

**Preliminary Statement**

Plaintiff respectfully submits this Memorandum of Law in support of her subpoenas to JPMorgan Chase Bank, N.A. and LegalZoom.com, Inc./United States Corporation Agents, Inc., seeking records relating to Writer's Portal LLC. These records are essential to establish the true incorporation, ownership, and operation of Defendants' entity, which remains unclear from public filings.

**Argument**

[Legal analysis unchanged from prior memo.]

**Conclusion**

For these reasons, Plaintiff respectfully requests that the Court authorize and enforce the subpoenas, requiring production of the requested records **within 10 to 14 days after service**.

Dated: __09/17_____, 2025

Respectfully submitted,

_____
Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se
209 Warren Ave
Kenmore, NY 14217
Phone: (716) 380-3763
Email: janisabrunstein@icloud.com