# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
JANISA JOSEFINA LANZARO-BRUNSTEIN,
   Plaintiff,

  -against-

CREATIVE PORTAL LLC, WRITERS PORTAL LLC,
WOODSIDE MOTION COMPANY LLC, JACK ANDREWS,
   Defendants.
-------------------------------------------------------X
Case No.: 7:25-CV-05905-KMK

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion, Declaration, Affidavit, and supporting Exhibits, it is hereby ORDERED that:

1. Plaintiff's subpoenas to JPMorgan Chase Bank, N.A. and to LegalZoom.com, Inc./United States Corporation Agents, Inc. are authorized and shall be enforced by this Court.

2. JPMorgan Chase Bank, N.A. and LegalZoom/USCA are directed to produce the documents requested in the subpoenas served upon them, including account-opening, incorporation, KYC, and beneficial ownership records relating to Writer's Portal LLC.

3. Compliance shall be required **within 10 to 14 days after service of the subpoenas**.

SO ORDERED.

Dated: _____, 2025

_____
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York