# Proposed Amended Complaint with Federal and State Claims

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JANISA JOSEFINA LANZARO-BRUNSTEIN,
   Plaintiff,

   -against-

CREATIVE PORTAL LLC, WRITERS PORTAL LLC,
WOODSIDE MOTION COMPANY LLC, JACK ANDREWS,
   Defendants.
-------------------------------------------------------X
Case No.: 7:25-CV-05905-KMK

Plaintiff, Janisa Josefina Lanzaro-Brunstein ("Plaintiff"), by and for herself, alleges as follows in this Amended Complaint against Defendants Creative Portal LLC, Writers Portal LLC, Woodside Motion Company LLC, and Jack Andrews ("Defendants").

**JURISDICTION AND VENUE**

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, as this action arises under federal law, specifically the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961–1968.
2. This Court also has supplemental jurisdiction over related state law claims pursuant to 28 U.S.C. § 1367.
3. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Defendants conducted business and committed fraudulent acts within this District, and Plaintiff resides within this District.

**PARTIES**

4. Plaintiff Janisa Josefina Lanzaro-Brunstein is an individual residing at 25 Aldo Ct, Monroe, NY 10950.
5. Defendant The Creative Portal, LLC is a Florida Limited Liability Company with principal offices at 627 Eldron Dr, Suite 101, Miami Springs, FL 33166.
6. Defendant The Creative Portal LLC is a New York Limited Liability Company with registered offices at 418 Broadway, Suite N, Albany, NY 12207.
7. Defendant Writers Portal LLC is a Florida Limited Liability Company engaged in similar fraudulent business activities.
8. Defendant Woodside Motion Company LLC is an entity registered in New York and involved in film-related fraudulent solicitations.
9. Defendant Jack Andrews is an individual who orchestrated and directed Plaintiff to engage with the aforementioned entities under false pretenses.

**FACTUAL ALLEGATIONS**

10. Beginning in 2023, Defendants, through Jack Andrews, solicited Plaintiff with promises that her

books would be adapted into cinematic productions and that Amazon and other companies were interested in acquiring rights.
11. Plaintiff was directed to send payments to various entities controlled by Defendants, including Creative Portal LLC, Writers Portal LLC, and Woodside Motion.
12. Plaintiff wired $10,000 to Writers Portal LLC under the pretense of litigation and contract fees.
13. Plaintiff mailed $40,000 in money orders to Writers Portal LLC as alleged retainers for Amazon-related agreements.
14. Plaintiff paid $38,500 to Creative Portal LLC for cinematic trailers, screenplays, videos, and photos that were never produced.
15. Plaintiff made additional payments and commitments, bringing her total documented losses to $103,500.
16. Defendants failed to deliver any legitimate services, instead operating a coordinated scheme to defraud Plaintiff and other authors.
17. Public consumer watchdog reports (Writer Beware) corroborate that Creative Portal LLC has engaged in similar fraudulent practices with other victims.
18. Defendants used interstate wires, emails, phone calls, and the mails to execute their scheme.

**COUNT I – CIVIL RICO (18 U.S.C. §§ 1962(c), 1964(c))**

19. Plaintiff repeats and realleges the foregoing paragraphs as if fully set forth herein.
20. Defendants constitute an "enterprise" within the meaning of 18 U.S.C. § 1961(4).
21. Defendants engaged in a pattern of racketeering activity including mail fraud and wire fraud.
22. As a direct and proximate result, Plaintiff suffered damages of $103,500, subject to trebling under 18 U.S.C. § 1964(c) for a total of $310,500, plus attorneys' fees and costs.

**COUNT II – COMMON LAW FRAUD**

23. Plaintiff repeats and realleges the foregoing paragraphs as if fully set forth herein.
24. Defendants knowingly made false representations regarding business opportunities, film adaptations, and publishing services, with the intent to induce Plaintiff to rely on those misrepresentations.
25. Plaintiff reasonably relied on these representations and, as a result, suffered damages of $103,500.
26. Defendants' actions constitute fraud under New York law.

**COUNT III – DECEPTIVE BUSINESS PRACTICES (N.Y. GEN. BUS. LAW §§ 349–350)**

27. Plaintiff repeats and realleges the foregoing paragraphs as if fully set forth herein.
28. Defendants engaged in deceptive acts and practices by misrepresenting their services and soliciting payments under false pretenses.
29. Such acts and practices are consumer-oriented, have a broad impact on the public, and are materially misleading.
30. Plaintiff suffered injury as a result of these deceptive practices in the amount of $103,500.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:
A. Enter judgment in favor of Plaintiff and against Defendants, jointly and severally;
B. Award treble damages in the amount of $310,500 pursuant to 18 U.S.C. § 1964(c);
C. Award damages under Plaintiff's state law claims in the alternative or in addition;
D. Award attorneys' fees and costs of suit;
E. Grant such further and other relief as this Court deems just and proper.

Dated: __09/16_____, 2025

Respectfully submitted,

_____
Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se
25 Aldo Ct
Monroe, NY 10950
Phone: (716) 380-3763
Email: janisabrunstein@icloud.com