AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   7:25-CV-05905-KMK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Woodside Motion Company LLC**
was recieved by me on **9/12/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Mauro Concepcion**, who is designated by law to accept service of process on behalf of **Woodside Motion Company LLC** at **12 18th St, Jericho, NY 11753** on **09/16/2025 at 9:57 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  09/16/2025

*Server's signature*

**MATHEW HAZAN**
*Printed name and title*

**134 Nassau Blvd
West Hempstead, NY 11552**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION, to Mauro Concepcion, REGISTERED AGENT with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Middle Eastern male contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**





Tracking #: **0186650175**