# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**Case No. 7:25-CV-05905/KMK**

**PLAINTIFF'S MOTION FOR LEAVE TO ISSUE SUBPOENAS**

Plaintiff, Janisa Josefina Lanzaro-Brunstein, appearing Pro Se, respectfully moves this Court for leave to issue subpoenas to obtain discovery material from third-party entities relevant to establishing the existence of a common enterprise involving Writer's Portal LLC, Creative Portal LLC, Woodside Motion Company LLC, and individuals including Jeremiah M. Meyers and Elaine Libradilla Bigelow.

This request is made pursuant to Rule 26 and Rule 45 of the Federal Rules of Civil Procedure. The discovery sought is narrowly tailored, relevant, and proportional to the needs of the case, and is necessary to establish ownership, control, and financial operations of the entities engaged in the alleged fraudulent scheme.

A detailed list of proposed subpoena targets, including MagicPay.net, UPS Store #7538, the Florida and New York Departments of State, the Broward County Property Appraiser and Clerk of Courts, and domain registrars/hosting providers, is attached as Exhibit A (Proposed Subpoena List).

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to serve the subpoenas as set forth in Exhibit A, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____
Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se
25 Aldo Ct
Monroe, NY 10950
Phone: 716-380-3763
Email: janisabrunstein@icloud.com