# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**Case No. 7:25-CV-05905/KMK**

**PROPOSED ORDER GRANTING PLAINTIFF LEAVE TO ISSUE SUBPOENAS**

Upon consideration of Plaintiff's Motion for Leave to Issue Subpoenas, and the Court being fully advised in the premises, it is hereby ORDERED as follows:

1. Plaintiff's Motion for Leave to Issue Subpoenas is GRANTED.

2. Plaintiff is authorized to serve subpoenas upon the entities identified in Exhibit A to the Motion, including MagicPay.net, UPS Store #7538, the Florida Department of State, the New York Department of State, the Broward County Property Appraiser and Clerk of Courts, and domain registrars/hosting providers.

3. The subpoenas shall be limited to documents and information relevant to the allegations of ownership, control, and financial operations of Writer's Portal LLC, Creative Portal LLC, Woodside Motion Company LLC, and related individuals.

SO ORDERED.


_____

Hon. Kenneth M. Karas
United States District Judge