**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

JANISA JOSEFINA LANZARO-BRUNSTEIN,
   Plaintiff,

v.   Case No. 7:25-CV-05905-KMK

CREATIVE PORTAL LLC, WRITER'S PORTAL LLC, and
WOODSIDE MOTION COMPANY LLC,
   Defendants.

# SUPPLEMENTAL NOTICE TO THE COURT REGARDING SUBPOENAS AND WRITER'S PORTAL LLC

Plaintiff respectfully informs the Court that subpoenas previously considered for the purpose of identifying the registered agent or business address of **Writer's Portal LLC** are no longer necessary.

Public records from the **Arizona Corporation Commission** confirm that Writer's Portal LLC (File No. 23348962) is an ACTIVE limited liability company, formed on March 18, 2022, with its known place of business at 801 W Villa Rita Dr, Phoenix, Arizona 85023, and listing Elaine L. Bigelow as a member.

Accordingly, Plaintiff will proceed with service of process through the identified business address and member, without the need for additional subpoenas. A true and correct copy of the Arizona Corporation Commission record is attached hereto as Exhibit [X].

Dated: __09/17/2025_____

Respectfully submitted,

_____
Janisa Josefina Lanzaro-Brunstein
25 Aldo Ct
Monroe, NY 10950
Phone: (716) 380-3763
Email: __janisabrunstein@icloud.com_____
Plaintiff, Pro Se