**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JANISA JOSEFINA LANZARO-BRUNSTEIN,
   Plaintiff,

v.   Case No. 7:25-CV-05905-KMK

CREATIVE PORTAL LLC, WRITER'S PORTAL LLC, and
WOODSIDE MOTION COMPANY LLC,
   Defendants.

# PROPOSED ORDER

Upon consideration of Plaintiff's Supplemental Notice to the Court regarding Writer's Portal LLC and the status of subpoenas, and good cause appearing, it is hereby:

**ORDERED** that the Court acknowledges Plaintiff has located the business address and member information for Writer's Portal LLC through the Arizona Corporation Commission (File No. 23348962).

**FURTHER ORDERED** that subpoenas previously considered for the purpose of identifying the registered agent or business address of Writer's Portal LLC are unnecessary.

SO ORDERED.

_____
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York