# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**Case No. 7:25-CV-05905/KMK**

**DISCOVERY MEMORANDUM – CREATIVE PORTAL, WRITER'S PORTAL, AND RELATED ENTITIES**

### A) Arizona Nexus – Meyers and Bigelow

Jeremiah M. Meyers and Elaine Libradilla Bigelow are both tied to the same residential/business address at 801 W Villa Rita Dr, Phoenix, AZ 85023. This establishes an Arizona nexus showing shared residential or business connections.

### B) Florida Nexus – Writer's Portal LLC and Meyers

Writer's Portal LLC listed its mailing address as 2890 W Broward Blvd #354, Fort Lauderdale, FL 33312, a UPS Store (#7538) mailbox. Jeremiah M. Meyers resided at 1463 SW 40th Terrace, Fort Lauderdale, FL 33317 in Broward County. This creates a geographic overlap between Meyers and Writer's Portal LLC in the same county and city.

### C) Miami Springs Hub – Portal–Perez Family Businesses

The Creative Portal LLC (Natalie P. Portal) has been active since 2019 at 627 Eldron Dr, Suite 101, Miami Springs, FL. Clara M. Perez, P.A. also operated from Suite 101 until it was dissolved in 2021. From 2019–2021, both entities coexisted in the same office. In 2024, The Rooted Schoolhouse LLC (Monique Perez) was formed at the same building (Units #1 & #2). This demonstrates continuous Portal–Perez family operations from 2019 to the present at the same Miami Springs location.

### D) Multi-State Operation of Creative Portal LLC

Creative Portal LLC was originally formed in Florida in 2019. On March 31, 2023, it registered as a foreign LLC in New York (DOS ID: 6780549, County: Albany). This proves the company deliberately extended its presence into New York while remaining active in Florida. The multi-state existence of Creative Portal LLC demonstrates the expansion of its operations across jurisdictions.

### E) Merchant Processor Evidence – MagicPay

A forensic email header dated May 12, 2025 confirms that Creative Portal LLC used MagicPay.net as its merchant processor. The email originated from MagicPay's infrastructure and carried the subject line 'Creative Portal LLC Transaction Receipt.' The Reply-To field was set to 'thecreativespublishing@gmail.com,' indicating direct control by the operators. This ties Creative Portal LLC's financial transactions to the same processing infrastructure used by

Writer's Portal LLC and Woodside Motion Company LLC.

## F) Legal Significance

The evidence establishes a common enterprise consisting of Jeremiah M. Meyers, Elaine Libradilla Bigelow, Writer's Portal LLC, Creative Portal LLC, Woodside Motion Company LLC, and Portal–Perez family entities. These companies share overlapping addresses, family management, and merchant accounts across Arizona, Florida, and New York. This demonstrates coordination and supports allegations of fraudulent activity within the Southern District of New York's jurisdiction.

Respectfully submitted,

_____
Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se
25 Aldo Ct
Monroe, NY 10950
Phone: 716-380-3763
Email: janisabrunstein@icloud.com