# ARTICLES OF ORGANIZATION

## OF LIMITED LIABILITY COMPANY

## ENTITY INFORMATION

**ENTITY NAME:** E AND J CONCEPTS LLC
**ENTITY ID:** 23482188
**ENTITY TYPE:** Domestic LLC
**EFFECTIVE DATE:** 02/05/2023
**CHARACTER OF BUSINESS:** Wholesale Trade
**MANAGEMENT STRUCTURE:** Manager-Managed
**PERIOD OF DURATION:** Perpetual
**PROFESSIONAL SERVICES:** N/A

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** Jeremiah Meyer
**PHYSICAL ADDRESS:** 801 W Villa Rita Dr, PHOENIX, AZ 85023
**MAILING ADDRESS:** 801 W Villa Rita Dr, PHOENIX, AZ 85023

## PRINCIPAL ADDRESS

801 W Villa Rita Dr, PHOENIX, AZ 85023

## PRINCIPALS

Manager: Jeremiah Meyer - 801 W Villa Rita Dr, PHOENIX, AZ, 85023, USA - Jasco83@Gmail.com - Date of Taking Office:

## ORGANIZERS

Jeremiah Meyer: 801 W Villa Rita Dr, PHOENIX, AZ, 85023, USA, Jasco83@gmail.com

## SIGNATURES

Authorized Agent: Jeremiah Meyer - 02/05/2023