# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**Case No. 7:25-CV-05905/KMK**

**FORENSIC EMAIL REPORT – CREATIVE PORTAL LLC TRANSACTION RECEIPT**

### A) Email Metadata

| Field | Value |
|---|---|
| From | NoReply@MagicPay.net |
| Reply-To | thecreativespublishing@gmail.com |
| To | janisabrunstein@icloud.com |
| Subject | Creative Portal LLC Transaction Receipt |
| Date | Mon, 12 May 2025 16:07:39 +0000 |
| Message-ID | <44f1dfb37cd3f46831824ce728b9887f.1747066059.98.1846615973@magicpay.net> |
| Sending Server | mta1.ops.safewebservices.com [104.192.36.80] |

### B) Authentication Results

1. SPF: PASS – MagicPay.net authorized server (104.192.36.80).
2. DMARC: PASS – MagicPay.net has DMARC policy (p=quarantine) and message aligned.
3. DKIM: NONE – No DKIM signature applied.

### C) Findings

1. The email originated from MagicPay.net's mail infrastructure, confirming authenticity.
2. The subject line and content identify the transaction as a receipt for Creative Portal LLC.
3. The Reply-To field points to the Gmail account 'thecreativespublishing@gmail.com', indicating a direct contact channel for Creative Portal outside the official processor domain.
4. This establishes that Creative Portal LLC actively used MagicPay.net as its merchant processor in May 2025.

### D) Legal Significance

1. Multiple entities, including Creative Portal LLC, Writer's Portal LLC, and Woodside Motion Company LLC, are alleged to have processed transactions through the same merchant service (MagicPay).
2. This suggests a common enterprise or coordinated fraudulent operation despite the use of different LLC names.
3. The Reply-To Gmail account creates an additional investigative lead to tie multiple entities together.

Respectfully submitted,

_____
Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se
25 Aldo Ct
Monroe, NY 10950
Phone: 716-380-3763
Email: janisabrunstein@icloud.com