# 2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L24000500043

**Entity Name:** THE ROOTED SCHOOLHOUSE LLC

**FILED**
**Mar 13, 2025**
**Secretary of State**
**2389975257CC**

## Current Principal Place of Business:

627 ELDRON DRIVE
#1 & #2
MIAMI SPRINGS, FL 33166

## Current Mailing Address:

627 ELDRON DRIVE
#1 & #2
MIAMI SPRINGS, FL 33166

**FEI Number:** 33-2309689

**Certificate of Status Desired:** Yes

## Name and Address of Current Registered Agent:

USALLAN, MELINDA
627 ELDRON DRIVE
#1 & #2
MIAMI SPRINGS, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                   Date

## Authorized Person(s) Detail:

| | |
|---|---|
| Title | AR |
| Name | PEREZ, MONIQUE |
| Address | 241 DEER RUN |
| City-State-Zip: | MIAMI SPRINGS FL 33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MONIQUE PEREZ                              OWNER                              03/13/2025

Electronic Signature of Signing Authorized Person(s) Detail                                   Date