FILED
Jan 11, 2021
Secretary of State

# ARTICLES OF DISSOLUTION

Pursuant to section 607.1403, Florida Statutes, this Florida corporation submits the following Articles of Dissolution:

FIRST:   The name of the corporation as currently filed with the Florida Department of State:

PEREZ-VICHOT & ASSOCIATES, INC.

SECOND:   The document number of the corporation: P00000026652

THIRD:   The date dissolution was authorized: December 23, 2020

Effective date of dissolution: January 11, 2021

FOURTH:   Dissolution was approved by the shareholders in the manner required by this chapter and by Articles of Incorporation.

I submit this document and affirm that the facts stated herein are true.  I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.

Signature:   CLARA M PEREZ                              PRESIDENT
_____
Electronic Signature of Signing Officer, Director, Incorporator or Authorized Representative