## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

Case No. 7:25-CV-05905/KMK

## FORENSIC MERCHANT REPORT – WOODSIDE MOTION CO. LLC (WITH EXHIBITS)

**Summary**
Plaintiff paid an invoice represented as a charge for Woodside Motion Co. LLC. However, the payment was actually processed through the merchant account of Creative Portal LLC using MagicPay.net. This report documents that fact, explains its legal significance, and outlines targeted discovery steps.

**Key Evidence (Side-by-Side)**
• What Was Represented: Woodside Motion Co. LLC
• What Actually Processed: Creative Portal LLC (via MagicPay)

• Receipt/Descriptor: Woodside Motion service/production
• Email Receipt: From NoReply@MagicPay.net; Subject references Creative Portal LLC

• Reply-To/Contact: Woodside Motion email/portal
• Actual Reply-To: thecreativespublishing@gmail.com (MagicPay receipt reply-to)

**Authentication (from MagicPay receipt header)**
• SPF: PASS for MagicPay.net (authorized IP 104.192.36.80)
• DMARC: PASS (policy aligned)
• DKIM: NONE (no DKIM signature present)
• Sending MTA: mta1.ops.safewebservices.com [104.192.36.80]

**Legal Significance (Transaction Laundering / Common Enterprise)**
Processing a consumer's Woodside Motion payment through another LLC's merchant account (Creative Portal LLC) is consistent with transaction laundering/factoring, where one merchant account is used to process payments for separate entities. This can violate card-network and banking rules, and shows these LLCs share common financial rails and control.

Accordingly, Plaintiff alleges that Creative Portal LLC, Writer's Portal LLC, and Woodside Motion Co. LLC function as a single scheme using common payment infrastructure to solicit and collect funds.

**Next Discovery Steps (Targeted)**

1. Subpoena MagicPay / Safe Web Services for the Creative Portal LLC merchant application/KYC, including any DBAs or linked entities; and for logs showing which domains, reply-to emails, and descriptors were configured to route Woodside Motion transactions.

2. Subpoena MagicPay for any merchant records referencing Woodside Motion Co. LLC (even if it lacked its own MID), including support emails or configuration notes tying Woodside invoices to the Creative Portal account.

3. Produce Plaintiff's bank/credit card statements showing that charges for Woodside Motion cleared as Creative Portal LLC/MagicPay.

4. Obtain WHOIS/hosting data for woodsidemotion.com and compare with writersportal.net and Creative Portal domains.

**Respectfully submitted,**

_____

Janisa Josefina Lanzaro-Brunstein — Plaintiff, Pro Se
25 Aldo Ct, Monroe, NY 10950 | 716-380-3763 | janisabrunstein@icloud.com


## Exhibits

| Exhibit | Description |
| --- | --- |
| Exhibit 1 | Screenshot/PDF of the Woodside Motion invoice or solicitation sent to Plaintiff. |
| Exhibit 2 | Bank/credit card statement line item showing the charge and descriptor. |
| Exhibit 3 | Creative Portal LLC MagicPay receipt email (full headers). |

Respectfully submitted,

_____

Janisa Josefina Lanzaro-Brunstein — Plaintiff, Pro Se
25 Aldo Ct, Monroe, NY 10950 | 716-380-3763 | janisabrunstein@icloud.com