# LEGAL EVIDENCE REPORT

## Compiled Investigative Evidence Relating to:
## ELAINE LIBRADILLA

Prepared for: Legal and Investigative Review

Date: September 19, 2025

# TABLE OF CONTENTS

| Section | Description |
| --- | --- |
| 1 | Elaine Libradilla – Public Profile Information |
| 2 | Writer's Portal LLC Connection (Arizona Law) |
| 3 | Suspicious Email Header Analysis |
| 4 | Geographic Correlation: Philippines |
| 5 | Findings & Implications |
| 6 | Conclusion |
| Exhibit A–I | Facebook Profile Screenshots |
| Exhibit J | Raw Email Header |

## 1. Elaine Libradilla – Public Profile Information

• Listed as a Digital Creator on Facebook.
• Employment: Legal Secretary at Fernandez Olivas Law Firm (Makati, Philippines).
• Education: Christ the King College of Science and Technology (Senior High, Class of 2018); Taguig City University; Dr. Arcadio Santos National High School (Graduated 2016).
• Location: Lives in Manila, Philippines (birth city and current residence).
• Facebook Profile created: March 24, 2018. Professional Mode enabled.
• Followers: Approximately 1.3K with ~903 friends.
• Check-ins include Makati, Metro Manila (Jan 31, 2019).
• Instagram Account: @wayenonly (private account, listed as "Elaine Libradilla").

## 2. Writer's Portal LLC Connection (Arizona Law)

Elaine Libradilla is associated as a member of Writer's Portal LLC, a company incorporated in Arizona (AZ). Under Arizona Revised Statutes (A.R.S. § 29-3102 and related provisions), a "member" of a Limited Liability Company (LLC) is defined as an **owner** of that company. Therefore, Elaine Libradilla's listing as a member confers upon her legal ownership interest in Writer's Portal LLC, not merely an association.

## 3. Suspicious Email Header Analysis

The suspicious email received by janisabrunstein@icloud.com appeared to originate from "Jack Andrews ". Detailed header analysis reveals:

• Return-Path/From: jackandrews@amazonprimestudios.com – not a legitimate Amazon domain.
• Mail Servers: Routed through GoDaddy's secureserver.net infrastructure (osplwbeout01-02.prod.phx3.secureserver.net).
• SPF: Passed (GoDaddy authorized sender).
• DKIM: None.
• DMARC: None.
• Message-ID domain: am1.myprofessionalmail.com (mismatch with amazonprimestudios.com).
• Originating IP: 124.217.28.236 (Malaysia).
• Timestamp: March 25, 2024.

## 4. Geographic Correlation: Philippines

Elaine Libradilla's Facebook profile shows she was born in and currently resides in Manila, Philippines.

The forensic email header analysis reveals geographic IP origins in the Philippines and Malaysia. This strongly aligns with her personal background, suggesting that while the GoDaddy email infrastructure was based in Arizona (U.S.), the actual logins and sending activity were executed from Southeast Asia, including the Philippines – directly linking to her birthplace and current residence.

## 5. Findings & Implications

1. The email was sent using a GoDaddy-hosted domain and mail server located in Arizona.
2. Infrastructure is U.S.-based, but sender IP traces to Malaysia and the Philippines.
3. Elaine Libradilla's profile indicates she resides in Manila, Philippines, which matches the forensic

geographic data of the suspicious email activity.
4. The use of amazonprimestudios.com (instead of amazonstudios.com) indicates a spoofing attempt.
5. Weak authentication (no DKIM, no DMARC) exposes this as highly likely phishing/fraud.
6. The connection to Writer's Portal LLC in Arizona suggests overlapping networks of individuals/entities.
7. By Arizona law, Elaine Libradilla's designation as a "member" makes her a legal **owner** of Writer's Portal LLC.
8. The Instagram account (@wayenonly) further verifies her digital presence and cross-links identities across platforms.

## 6. Conclusion

This report compiles evidence connecting Elaine Libradilla (legal owner and member of Writer's Portal LLC, AZ), the use of a GoDaddy account (Arizona-based infrastructure), and foreign IP activity (Philippines/Malaysia). The geographic correlation between her personal profile (birth city Manila, Philippines) and the forensic email traces, combined with her legal ownership status in Writer's Portal LLC under Arizona law, strengthens the connection to suspicious activity. Her presence across Facebook and Instagram (@wayenonly) provides further confirmation of her digital footprint. This evidence supports potential fraudulent or deceptive conduct, warranting law enforcement review and possible subpoena of GoDaddy account records for amazonprimestudios.com domain and associated mail logs.

# EXHIBITS

### Exhibit A1: Facebook Profile Screenshot



### Exhibit A2: Facebook Profile Screenshot



**Exhibit A3: Facebook Profile Screenshot**



**Exhibit A4: Facebook Profile Screenshot**



**Exhibit A5: Facebook Profile Screenshot**



**Exhibit A6: Facebook Profile Screenshot**



**Exhibit A7: Facebook Profile Screenshot**



**Exhibit A8: Facebook Profile Screenshot**



**Exhibit A9: Facebook Profile Screenshot**



### Exhibit J: Raw Email Header (Evidence of Spoofing)

Return-path: Original-recipient: rfc822;janisabrunstein@icloud.com Received: from ms11p00im-qufv17093501.me.com by p69-mailgateway-smtp-566578f75f-pc994 (mailgateway 2412B109) with SMTP id ba33ca25-a248-46b0-ba55-7b0fb69179b7 for ; Mon, 25 Mar 2024 15:27:32 GMT X-Apple-MoveToFolder: INBOX X-Apple-Action: MOVE_TO_FOLDER/INBOX X-Apple-UUID: ba33ca25-a248-46b0-ba55-7b0fb69179b7 Received: from osplwbeout01-02.prod.phx3.secureserver.net (osplwbeout01-02.prod.phx3.secureserver.net [173.201.192.15]) by ms11p00im-qufv17093501.me.com (Postfix) with ESMTPS id 36842800E9 for ; Mon, 25 Mar 2024 15:27:26 +0000 (UTC) Authentication-Results: dmarc.icloud.com; dmarc=none header.from=amazonprimestudios.com Authentication-Results: spf.icloud.com; spf=pass (spf.icloud.com: domain of jackandrews@amazonprimestudios.com designates 173.201.192.15 as permitted sender) smtp.mailfrom=jackandrews@amazonprimestudios.com X-Originating-IP: 124.217.28.236 (Malaysia) Message-ID: <1577743670.1081602.1711380444590@am1.myprofessionalmail.com> Subject: Re: Fwd: Check Photo