UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No.: 7:25-CV-05905-KMK

Janisa Josefina Lanzaro-Brunstein (Pro Se)
25 Aldo Ct, Monroe, NY 10950
Tel: (716) 380-3763

Clerk of Court

United States District Court

Southern District of New York

[Clerk's Office Address]

Re: Submission of Exhibit [X] – Writer's Portal LLC and Related Entities

Dear Clerk:

Enclosed please find Exhibit [X] – Compiled Information on Writer's Portal LLC and Related Entities for filing in the above-referenced matter.

This exhibit consolidates information regarding business registrations, addresses, and individuals connected with Writer's Portal LLC and related entities across multiple states, including Arizona, Florida, New York, and Maine. The records highlight overlapping ownership, use of UPS mailboxes, and shared addresses, which raise concerns of potential irregularities.

For context, the exhibit also references applicable federal statutes that may be implicated by the documented patterns. This is provided strictly for the Court's awareness and consideration, not as a determination of liability.

Please accept this exhibit into the record of the case. Should the Court require additional clarification or supporting documents, I will promptly provide them.

Respectfully submitted,

_____

Janisa Josefina Lanzaro-Brunstein

Plaintiff, Pro Se

Date: _09/18/2025_____

EXHIBIT [X]

Compiled Information on Writer's Portal LLC and Related Entities

## 1. Core Entity Information

- Entity: Writer's Portal LLC
- Primary Address: 163 Ghent Rd, Searsmont, ME 04973
- Phone: (929) 376-4357
- State of Incorporation: Arizona
- Incorporator/Agent: Elaine Libradilla Bigelow
- Additional Registration: Florida — UPS Mailbox in Broward County (same county linked to Jeremiah M. Meyers)

## 2. Associated Individuals

Francis Peters
- Reported owner of Morin House LLC.
- Address: 726 W Moreland St, Phoenix, AZ 85007 (Maricopa County).
- Known emails: Francis.Peters@sbcglobal.net, Francispeterscreativefilms@gmail.com, I9Francis.Peters@sbcglobal.net.

Shannon Marie Clancy / Shannon Klocke
- Business partner in Morin House LLC.
- Former employee of Defend Florida State (direct Florida connection).
- Address: 726 W Portland St, Phoenix, AZ 85007 (Maricopa County).
- Known emails: Clancy@13PD.State.Fl.US, dklocke@gmail.com

Daniel Joseph Klocke
- Business partner in Morin House LLC.
- Approx. age: 55.
- Address: 726 W Portland St, Phoenix, AZ 85007 (Maricopa County).

Elaine Libradilla Bigelow
- Incorporator of Writer's Portal LLC in Arizona.
- Shared Maricopa County address with Jeremiah M. Meyers.

Jeremiah M. Meyers
- Agent for J & E Concepts LLC / J & E Services LLC (Remodel Envy).
- Same Maricopa County address as Elaine Libradilla Bigelow.
- Noted in Broward County, FL (same as Writer's Portal UPS mailbox).

## 3. Related Entities

- Morin House LLC (Entity 23518872, inactive).
- Reported owners/partners: Francis Peters, Shannon Clancy, Daniel Joseph Klocke.

• Address: 726 W Portland St, Phoenix, AZ 85007.

- Morin House LLC (Indentured L13621394, Maricopa County, inactive, closed 01/20/2023).
- Creative Portal LLC — Manhattan, NY.
- Writer's Portal LLC — Florida registration (UPS Mailbox, Broward County).
- J & E Concepts LLC / J & E Services LLC / Remodel Envy — Jeremiah Meyers, agent.

## 4. Observations & Concerns

- Peters, Clancy, and Klocke tied through Morin House LLC.
- Clancy's Florida employment (Defend Florida State) links her to Broward County.
- Bigelow and Meyers share Maricopa County address.
- Entities across Arizona, Florida, New York, and Maine with overlapping roles.
- Use of UPS mailboxes, inactive registrations, and shared addresses suggests irregularity.

## Applicable Federal Statutes

The following U.S. Code provisions may be relevant based on the patterns observed in the compiled records. These are cited strictly for the Court's awareness and consideration, not as determinations of liability:

• 18 U.S.C. § 1341 – Mail Fraud
• 18 U.S.C. § 1343 – Wire Fraud
• 18 U.S.C. § 371 – Conspiracy to Defraud
• 18 U.S.C. § 1028/1029 – Fraud and Related Activity Involving Identification Documents or Access Devices
• 18 U.S.C. § 1956 – Laundering of Monetary Instruments (Money Laundering)

_____

Signature / Date