UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JANISA J. BRUNSTEIN,**, Plaintiff,

v.

**THE CREATIVE PORTAL LLC,**, Defendant.

Case No.: 7:25-cv-05905-NSR

**NOTICE OF NON-SERVICE AND DECLARATION**

I, **Janisa J. Brunstein**, Plaintiff appearing pro se, respectfully notify the Court that service of process on Defendant **The Creative Portal LLC** was not accomplished at its registered office.

1. The summons in this matter was issued on **September 10, 2025**.
2. Service was attempted at the registered office: 627 Eldron Drive, Suite 101, Miami Springs, FL 33166, but was not successful.
3. According to SunBiz.org (Florida Division of Corporations), Defendant is listed under **File Number L19000185277**, with **Natalie Perez Portal** as the registered agent.
4. On information and belief, Defendant does not actively operate its business from that address.
5. Plaintiff has identified the residential address of the registered agent, Natalie Perez Portal, as 1056 Hunting Lodge Drive, Miami Springs, FL 33166, and is preparing to attempt service at this location, consistent with Fed. R. Civ. P. 4(h)(1)(B).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **September 22, 2025**
Monroe, New York

_____
**Janisa J. Brunstein** (Pro Se)
25 Aldo Ct
Monroe, NY 10950
Phone: (716) 380-3763
Email: janisa.brunstein@example.com