AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    7:25-CV-05905-KMK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **The Creative Portal LLC**
was recieved by me on  **9/18/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒    I returned the summons unexecuted because **Other contact** after attempting service at **627 Eldron Dr Ste 101, Miami Springs, FL 33166**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   09/22/2025

_____
*Server's signature*

**Rolando Mir**
*Printed name and title*

**16406 SW 67 Terrace**
**Miami, FL 33193**

_____
*Server's address*

Additional information regarding attempted service, etc:

**9/19/2025 4:45 PM: I spoke with an individual who identified themselves as the person in charge.  The subject is known to the people who work here but she is not an employee and this company does not operate here. They said she passes by on occasion to visit them but does not work here. Also the documents I was provided with only have the front page of a summons and then a proof of service page as the second page for a total of two pages.**





Tracking #: **0187370094**