```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
Janisa Josefina Lanzaro-Brunstein
_____
Write the full name of each plaintiff or petitioner.

-against-

The Creative Portal LLC, Writer's Portal LLC
_____
Woodside Motion CO LLC and Jack Andrews at
_____
Write the full name of each defendant or respondent.

No. __25__ CV __5905 NSR__

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

**MEMO ENDORSED**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on __07/18/2025__.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

    ■ a computer with internet access and a word processor

    type of computer I will be using: __Mac Book Air__

---
[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

type of word processor I will be using: __Pages__

■ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☐ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: _____

■ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:

Acrobat Reader

■ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

| 09/18/2025 | Janisa Josefina Lanzaro-Brunstein |
|---|---|
| Dated | Signature |

Janisa Josefina Lanzaro-Brunstein
Name

| 25 Aldo Ct | Monroe | NY | 10950 |
|---|---|---|---|
| Address | City | State | Zip Code |

| 716-380-3763 | janisabrunstein@icloud.com |
|---|---|
| Telephone Number | E-mail Address |

The Court DENIES the Plaintiff's motion for permission for electronic case filing without prejudice for failure to attach proof of completion of the Court's CM/ECF introduction course. The Clerk of Court is directed to mail a copy of this endorsement to pro se Plaintiff at the address listed on ECF and show service on the docket. The Clerk of Court is kindly requested to terminate the motion at ECF No. 72.

Dated: September 23, 2025
    White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

2