# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

## Index No. 7:25-CV-05905-NSR

**In Re: Investigation Concerning Tegavah Entities, Shannon Clancy, and Peters Family Trust**

## I. INTRODUCTION

This document is prepared in legal format to summarize evidence connecting Shannon Clancy, Daniel Joseph Klocke, the Tegavah entities incorporated in Delaware, and the Peters Family Trust, which appears in Arizona and Florida. The record establishes a multi-state chain of property ownership, corporate filings, and trust transactions relevant to potential litigation and investigative proceedings.

## II. FINDINGS BY STATE

### A. Maryland

From 1997 through 2004, Shannon Clancy, along with Daniel Joseph Klocke, owned real property located at 418 Bretton Place, Baltimore, Maryland 21218. This establishes Clancy's early property ownership footprint and associates her with Klocke in legal property records.

### B. Delaware

On September 18, 2014, the State of Delaware recorded the incorporation of two entities: Tegavah Marketing LP (File No. 5606388) and Tegavah Marketing Holdings, LLC (File No. 5606385). Both entities were registered under National Registered Agents, Inc., located at 1209 Orange Street, Wilmington, Delaware. Shannon Clancy has been identified as a grantee of Tegavah Marketing LP, directly linking her to the Delaware entity structure. Tegavah Construction LP was also formed in Delaware and is connected to these filings.

### C. Arizona (Maricopa County)

The Delaware entities subsequently registered as foreign entities in the State of Arizona and became active in real estate transactions in Maricopa County, particularly within the Verde River/Tegavah development. Records include Deed No. 2019014550, dated December 9, 2019, wherein Tegavah Marketing LP, doing business as Shea Homes, executed conveyances under its General Partner, Tegavah Marketing Holdings, LLC. The deed was signed by Caroline Villegas and Nikki Decker as authorized agents. Multiple Maricopa County deeds also reflect transfers involving Peters Family Trust as grantor or grantee, with trustees identified as Francis Peters, Frederick Peters, Thomas Peters, and Linda Peters.

### D. Florida (Pinellas County)

Peters Family Trust is further identified in records in Pinellas County, Florida. During the same timeframe, Shannon Clancy was professionally active in Pinellas County. This establishes geographic and circumstantial overlap between her presence and the operations of Peters Family Trust.

## III. TIMELINE OF KEY EVENTS

• 1997–2004: Shannon Clancy and Daniel Joseph Klocke own property at 418 Bretton Pl, Baltimore, MD. • 2014: Tegavah Marketing LP and Tegavah Marketing Holdings, LLC incorporated in Delaware. • 2015–2018: Peters Family Trust conveys parcels in Maricopa County to Tegavah entities. • 2019: Maricopa County Deed #2019014550 shows Tegavah Marketing LP dba Shea Homes, signed by Villegas & Decker. • Delaware filings: Clancy identified as grantee of Tegavah Marketing LP. • Pinellas County, FL: Peters Family Trust active in property records; Clancy worked in the same jurisdiction.

## IV. CONCLUSION

The evidence demonstrates a continuous, multi-state nexus linking Shannon Clancy to the Tegavah entities and the Peters Family Trust. The chain extends from her Maryland property ownership, to Delaware incorporation of entities in which she is a grantee, to Arizona real estate developments intersecting with Peters Family Trust, and to Florida records where both she and Peters Family Trust were simultaneously present. This record provides a clear evidentiary basis for consideration in legal or investigative proceedings.

**EXHIBIT A: GRAPHIC FLOWCHART**



Prepared By: Janisa J. Brunstein 25 Aldo Ct Monroe, NY 10950 Phone: 716-380-3763