AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   7:25-CV-05905-KMK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Writer"s Portal LLC**
was recieved by me on **9/19/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒  I returned the summons unexecuted because **Unknown** after attempting service at **801 W Villa Rita Dr, Phoenix, AZ 85023**; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  09/24/2025

*Server's signature*

**Jack Cox**
*Printed name and title*

**2931 E. Marco Polo Rd.
Phoenix, AZ 85050**

*Server's address*

Additional information regarding attempted service, etc:

**9/23/2025 6:35 PM: I spoke with an individual who identified themselves as the person in charge and they stated subject unknown. I spoke with a neighbor who says not resident. The current occupants have been here since October 2024. They have seen some mail addressed to Elaine Bigelow. They have had others by inquiring about her as well.**



Tracking #: **0187669907**

