## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**Janisa Josefina Lanzaro-Brunstein,**
Plaintiff,
v.
**Creative Portal LLC, Writer's Portal LLC, and Woodside Motion Co. LLC,**
Defendants.

Case No.: 7:25-CV-05905-NSR

Dear Mr. Loanzon,

I acknowledge receipt of your Notice of Appearance filed on behalf of the defendants in the above-referenced matter.

Please consider this correspondence as confirmation that I will serve all future filings and correspondence upon you as counsel of record.

At this stage, I would also like to confirm whether you intend to file an Answer or a motion in response to the Complaint, so that I may properly prepare and adhere to the Court's deadlines.

Thank you for your attention, and I look forward to your response.

Respectfully,

Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se
25 Aldo Ct
Monroe, NY 10950
Phone: (716) 380-3763
Email: janisabrunstein@icloud.com


Attorney of Record for Defendants:
Mr. Tristan C. Loanzon
Bar No. 258965
1345 Avenue of the Americas, 2nd Floor
New York, NY 10105
Phone: (212) 760-1717