# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**Janisa Josefina Lanzaro-Brunstein,**
Plaintiff,
v.
**The Creative Portal LLC, Writer's Portal LLC, and Woodside Motion Co. LLC,**
Defendants.

Case No.: 7:25-CV-05905-NSR

# PLAINTIFF'S NOTICE OF FILING PUBLIC RECORDS

Plaintiff, Janisa Josefina Lanzaro-Brunstein, respectfully submits this Notice of Filing to make the Court aware of public records from the New York Department of State relating to Defendant The Creative Portal LLC.

1. On June 24, 2025, The Creative Portal LLC (File No. 250630025727) filed a Certificate of Assumed Name under Assumed Name ID 7648961, indicating it is conducting business as "Apex Media Global."

2. Records of the New York Department of State also reflect that The Creative Portal LLC is past due on its required biennial filing, which was due on March 31, 2025. As a result, The Creative Portal LLC is not in good standing with the Department of State.

True and correct copies of the public records from the New York Department of State are attached hereto as Exhibit A (Assumed Name Filing) and Exhibit B (Biennial Filing Status).

Plaintiff respectfully requests that the Court take judicial notice of these facts pursuant to Federal Rule of Evidence 201.

Dated: October 1, 2025

Respectfully submitted,

Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se
25 Aldo Ct
Monroe, NY 10950
Phone: (716) 380-3763
Email: janisabrunstein@icloud.com