**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK

**Janisa Josefina Lanzaro-Brunstein,**
Plaintiff,

**v.**

**The Creative Portal LLC d/b/a Apex Media Global, Writer's Portal LLC, and Woodside Motion Co. LLC,**
Defendants.

**Case No.: 7:25-CV-05905-NSR**

**Hon. Nelson S. Román**
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

### Re: Request to Move Case Forward and Commence Discovery (RICO, Mail and Wire Fraud)

Dear Judge Román:

I respectfully submit this letter to request that the Court move this matter forward by scheduling the Rule 16(b) conference and authorizing discovery to begin in the above-referenced case.

This action was filed concerning **fraud, misrepresentation, and a pattern of racketeering activity under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. §§ 1961–1964**, involving **mail and wire fraud** conducted by the defendants **The Creative Portal LLC doing business as Apex Media Global**, **Writer's Portal LLC**, and **Woodside Motion Co. LLC**. These entities share overlapping ownership, addresses, and lines of commerce, and have used interstate communications and electronic channels to engage in the alleged fraudulent scheme.

The plaintiff alleges that the defendants engaged in a coordinated enterprise designed to deceive and financially injure creative professionals through false representations,

misappropriation of communications, and misuse of electronic correspondence. These acts constitute **predicate offenses of mail and wire fraud** under **18 U.S.C. §§ 1341 and 1343**, forming part of a broader racketeering pattern under **18 U.S.C. § 1962(c)**.

Because these allegations depend heavily on **documentary and electronic evidence** — including emails, domain registrations, financial transfers, and communications made through U.S. mail and electronic systems — it is crucial that discovery begin promptly to preserve such materials before they are lost, altered, or destroyed.

Accordingly, and pursuant to **Fed. R. Civ. P. 16(b)** and **26(f)**, I respectfully request that the Court:

1. Schedule an initial pretrial (Rule 16) conference to establish a discovery plan; or
2. In the alternative, authorize limited discovery aimed at obtaining and preserving key electronic and financial evidence relevant to the alleged mail and wire fraud scheme.

The plaintiff further requests that the Court take judicial notice that continued delay in discovery may prejudice the ability to recover evidence of racketeering activity, given the nature of the electronic records involved.

I thank the Court for its attention to this matter and respectfully request that this case proceed to discovery in the interest of justice and judicial efficiency.

Respectfully submitted,

**/s/ Janisa Josefina Lanzaro-Brunstein**
Plaintiff, Pro Se
25 Aldo Ct
Monroe, NY 10950
Email: janisabrunstein@icloud.com