UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Janisa Josefina Lanzaro-Brunstein,
Plaintiff,

v.

Natalie Portal,
Defendant.



Case No. 7:25-CV-05905-KMK

NOTICE OF SPECIAL APPEARANCE AND OBJECTION TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

Defendant Natalie Portal, appearing specially and without waiving any defenses, respectfully states:

Defendant has not been served with a summons and complaint in this matter, as required by Rule 4 of the Federal Rules of Civil Procedure.

On or about 9/4/25, a copy of Plaintiff's Motion for Injunctive Relief was sent via Federal Express to Defendant's office' address, where Defendant does not reside. Defendant has not received a summons or complaint.

Defendant does not know Plaintiff, has never had any dealings with Plaintiff, and has no connection to the matters alleged.

Defendant also does not know, and has never had any dealings with, any of the named co-defendants in this matter.

Upon information and belief, Plaintiff has confused Defendant's business with an entirely separate and unrelated entity that may have a similar or adjacent name. Defendant has no relationship with that entity or with Plaintiff.

Because Defendant has not been served with a complaint, this Court lacks personal jurisdiction over Defendant at this time.

Defendant appears solely for the limited purpose of objecting to Plaintiff's Motion for Injunctive Relief.

WHEREFORE, Defendant respectfully requests that this Court:

a. Deny Plaintiff's Motion for Injunctive Relief as to Defendant; and
b. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: 9/30/25

Natalie Portal
627 Eldron Drive, Suite 101
Miami Springs, FL 33166
305-283-2055
natalie@thecreativeportal.com

(Pro Se Defendant Appearing Specially)

Certificate of Service
I hereby certify that on 9/30/25, I mailed a copy of the foregoing Notice of Special Appearance and Objection to Plaintiff's Motion for Injunctive Relief by first-class mail to:

Janisa Josefina Lanzaro-Brunstein
25 Aldo Court
Monroe, NY 10950

Dated: 9/30/25

*[signature]*

Natalie Portal

627 Eldron Dr, Suite 101
Miami Springs, FL 33166

7012 1010 0000 8434 0908



Retail

 

10007

RDC 99

Pro Se Intake Unit
U.S. District Court, Southern District
of New York
500 Pearl Street, Room 200
New York, NY 10007



OCT 21 2025

