Natalie Portal
627 Eldron Drive, Suite 101
Miami Springs, FL 33166
305-283-2055
Natalie@thecreativeportal.com

9/30/25

Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street, Room 200
New York, NY 10007

Re: Janisa Josefina Lanzaro-Brunstein v. Natalie P. Portal, Case No. 7:25-CV-05905-KMK

Dear Clerk:

Enclosed please find the original and one copy of my Notice of Special Appearance and Objection to Plaintiff's Motion for Injunctive Relief, submitted for filing in the above-referenced case.

Please file the original and return a stamped copy to me in the enclosed self-addressed stamped envelope for my records.

Thank you for your assistance.

Respectfully,

Natalie P Portal


RECEIVED OCT 21 2025 PRO SE OFFICE

627 Eldron Dr, Suite 101
Miami Springs, FL 33166

7012 1010 0000 8434 0908



Retail

 

10007

RDC 99

Pro Se Intake Unit
U.S. District Court, Southern District
of New York
500 Pearl Street, Room 200
New York, NY 10007



RECEIVED
OCT 21 2025
PRO SE OFFICE

