```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/13/2025
```

LANZARO-BRUNSTEIN

                           Plaintiff,

   -against-

CREATIVE PORTAL, LLC, et al

                          Defendants.

7:25-cv-5905 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

      On July 16, 2025, pro se Plaintiff commenced this action against Creative Portal LLC, Writer's Portal LLC, and Jack Andrews, asserting claims sounding in, inter alia, breach of contract, fraud, and N.Y. Gen. Bus. Law § 349. (ECF No. 1.) On August 7, 2025, Plaintiff filed an Amended Complaint asserting similar claims against Creative Writers and newly named Defendant Woodside Motion Co. (ECF No. 4.) On August 11, 2025, Plaintiff filed a Second Amended Complaint asserting claims against Creative Portal LLC, Writer's Portal LLC, Jack Andrews, and John Doe, sounding in, inter alia, fraud, forgery, and mail and wire fraud. (ECF Nos. 5, 6.) On August 16, 2025, Plaintiff filed a Third Amended Complaint ("TAC") asserting claims against Creative Portal LLC, Writer's Portal LLC, Woodside Motion Co., and Jack Andrews for civil RICO and RICO conspiracy. (ECF No. 16.) The TAC is the operative complaint.

Currently before the Court are seven applications:

1. Defendants Creative Portal LLC and Woodside Motion Co. seek leave to file a motion to dismiss. (ECF No. 82.)
2. Plaintiff seeks authorization and enforcement of a subpoena to JP Morgan Chase for Writer's Portal LLC's financial records. (ECF No. 58.)
3. Plaintiff seeks authorization and enforcement of subpoenas directed to Writer's Portal LLC and LegalZoom. (ECF No. 60.)
4. Plaintiff seeks authorization to issue subpoenas to third parties to obtain discovery concerning an alleged "common enterprise" among the defendant entities and various individuals. (ECF No. 67.)
5. Plaintiff seeks authorization to issue subpoenas relating to the merchant and banking accounts of Creative Portal LLC, Writer's Portal LLC, and Woodside Motion Co. (ECF No. 86.)

6. Plaintiff requests that the Court schedule a Federal Rule of Civil Procedure 16 conference to commence discovery. (ECF No. 93.)
7. Plaintiff seeks an order deeming service of process proper and placing non-appearing defendants in default. (ECF No. 100.)

Upon review of the docket and the parties' submissions, the Court waives the pre-motion conference requirement and sets the following briefing schedule:

- Defendants shall serve (but not file) their moving papers by December 29, 2025;
- Plaintiff shall serve (but not file) her opposition papers by January 29, 2026; and
- Defendants shall serve their reply papers by February 12, 2026.

The parties shall file all motion papers on February 12, 2026 via ECF. In addition, the parties shall transmit two courtesy hard copies by regular mail and one digital courtesy copy by email to Chambers.

Plaintiff's applications seeking authorization and enforcement of multiple subpoenas (ECF Nos. 58, 60, 67, 86) are DENIED without prejudice to renew upon full compliance with Federal Rule of Civil Procedure 45.

Following resolution of Defendants' anticipated motion to dismiss, the Court will schedule a Rule 16 conference, issue an order of reference to the assigned Magistrate Judge, and direct the parties to confer and submit a proposed joint Case Management Plan.

Plaintiff's request for an order deeming service of process proper is DENIED without prejudice. Such determinations are typically addressed through Rule 12(b)(5) motions; no defendant has raised such a challenge to date.

Plaintiff's request for a default judgment is DENIED without prejudice. Plaintiff is directed to review this Court's Individual Practices and Local Civil Rule 55.2. Although Plaintiff proceeds pro se, all litigants must comply with the Federal Rules of Civil Procedure, the Local Rules, and the Court's Individual Practices. Plaintiff has not obtained a certificate of default or complied with the required procedures.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 58, 60, 67, 82, 86, 93, and 100. The Clerk of Court is directed to mail a copy of this endorsement to pro se Plaintiff at the address listed on ECF and show service on the docket.

Dated: November 13, 2025
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge