USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

**MOTION FOR ALTERNATIVE SERVICE**

Plaintiff Janisa Josefina Lanzaro-Brunstein moves for an order permitting alternative service due to failed service attempts.

1. The Registered Agent address (627 Eldron Dr Ste 101, Miami Springs, FL 33166) is not operational.

2. Attempts by Rolando Mir were unsuccessful.

3. Plaintiff requests authorization for combined alternative service:

• Florida Secretary of State
• Certified Mail
• Email service

WHEREFORE, Plaintiff respectfully requests that this Motion be granted.

Janisa Josefina Lanzaro-Brunstein
Pro Se Plaintiff
25 Aldo Ct, Monroe NY 10950
Phone: 1-716-380-3763
Email: janisabrunstein@icloud.com

The Court denies Plaintiff's request without prejudice. Plaintiff must first demonstrate that she has good cause to substitute alternative service upon Defendants. A "good cause" extension requires a showing of reasonable diligence in trying to effect proper service upon a defendant. *See Henneberry v. Borstein,* 91 A.D.3d 493, 496 1st Dep't 2012. The Court therefore directs Plaintiff to submit a sworn declaration and/or affirmation explaining her efforts of serving Defendants consistent with federal and state law. The Clerk of Court is kindly directed to terminate the motions at ECF Nos. 131 & 150 and to mail this Endorsement to pro se Plaintiff at the address listed on ECF and to show service on the docket. Dated: November 25, 2025
       White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge