USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/1/2025

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

LANZARO-BRUNSTEIN,

Plaintiff,

v.

CREATIVE PORTAL LLC, WRITER'S PORTAL LLC, WOODSIDE MOTION CO., and JACK ANDREWS,

Defendants.

Case No.: 7:25-cv-5905 (NSR)

MOTION FOR DEFAULT JUDGMENT

(Against All Defendants)

Plaintiff, Janisa Josefina Lanzaro-Brunstein, respectfully moves this Court for entry of Default Judgment

pursuant to Federal Rule of Civil Procedure 55(b) against Defendants Creative Portal LLC, Writer's Portal LLC,

Woodside Motion Co. LLC, and Jack Andrews.

Defendants were properly served with the Summons and Complaint, yet failed to appear, answer, or otherwise

respond within the time allowed by law. The Clerk of Court has been requested to enter a Certificate of Default

pursuant to Rule 55(a).

Plaintiff seeks judgment in the following amount:

Plaintiff's motion for default judgment (ECF No. 113) is DENIED without prejudice for failure to comply with the Court's Individual Rules—specifically, the requirement that default judgment be sought by Order to Show Cause pursuant to Schedule A—and for failure to comply with ECF Rules 16.1 and 16.3. Plaintiff may renew by filing a Proposed Order to Show Cause for Default Judgment (non-emergency) that satisfies all applicable rules. The Clerk of Court is directed to mail a copy of this endorsement to pro se Plaintiff at the address listed on ECF and show service on the docket. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 113.
Dated: December 1, 2025
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

MEMO ENDORSED

• Actual Damages Paid: $120,000

• Treble Damages under 18 U.S.C. § 1964(c) (Civil RICO): $360,000

TOTAL JUDGMENT REQUESTED: **$360,000**

Grounds for this motion are supported by:

1. Plaintiff's Memorandum of Law in Support of Default Judgment

2. Affidavit of Damages

3. Certificate of Service

4. Proposed Default Judgment Order

5. All pleadings and filings in this action

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Enter Default Judgment against all Defendants;

2. Award Plaintiff treble damages totaling $360,000;

3. Award Plaintiff costs, interest, and additional relief as the Court deems just and proper.

Dated: November 14th, 2025

Respectfully Submitted,

_____

Janisa Josefina Lanzaro-Brunstein

Pro Se Plaintiff

Janisa Josefina Lanzaro-Brunstein

25 Aldo Ct

Monroe, NY 10950

Email: Janisabrunstein@icloud.com

Phone: 716-380-3763