USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____12/1/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Janisa Josefina Lanzaro-Brunstein**
Plaintiff,

v.

**Woodside Motion CO LLC,**
**The Creative Portal LLC,**
**Writer's Portal LLC,**
**Creative Portal LLC**
Defendants.

Case No. 7:25-cv-05905

Plaintiff's motion for default judgment (ECF No. 120) is DENIED without prejudice for failure to comply with the Court's Individual Rules —specifically, the requirement that default judgment be sought by Order to Show Cause pursuant to Schedule A—and for failure to comply with ECF Rules 16.1 and 16.3. Plaintiff may renew by filing a Proposed Order to Show Cause for Default Judgment (non-emergency) that satisfies all applicable rules. The Clerk of Court is directed to mail a copy of this endorsement to pro se Plaintiff at the address listed on ECF and show service on the docket. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 120.

Dated: December 1, 2025
White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(b)**

**INDEX**

1. Introduction
2. Clerk's Certificate of Default Requirement
3. Service of Process Completed by ABC Legal Services
4. Failure of Defendants to Answer or Appear
5. Legal Basis for Default Judgment
6. Relief Requested

**1. Introduction**

Plaintiff respectfully moves this Court for entry of a Default Judgment pursuant to Federal Rule of Civil Procedure 55(b) against any defendant who has failed to appear, answer, or otherwise respond to the Complaint.

**2. Clerk's Certificate of Default Requirement**

In accordance with Local Civil Rule 55.2(a), Plaintiff has requested a Clerk's Certificate of Default for each non-appearing defendant and incorporates that request herein.

**3. Service of Process Completed by ABC Legal Services**

MEMO ENDORSED

All service of process in this case was completed by **ABC Legal Services**, a nationally recognized and certified service provider. Service details are as follows:

**a. Woodside Motion CO LLC**

• Served: September 15, 2025

• Accepted by Registered Agent: **Mauro Concepcion**

**b. The Creative Portal LLC**

• Served: September 18, 2025

• Served at official **Florida SunBiz.gov** registration address

• Same address used by **Natalie Perez Portal** for federal court correspondence

**c. Writer's Portal LLC**

• Served: September 15, 2025

• Accepted by **Dawn Garcia** at Arizona Corporation Commission registered address

**d. Creative Portal LLC**

• Served: September 13, 2025

• Accepted by: **Isaac Monroe**

**4. Failure of Defendants to Answer or Appear**

The deadline to answer or otherwise respond has passed. No defendant has:

• filed an Answer,

• filed a Notice of Appearance,

• requested an extension, or

• otherwise participated in this action.

As such, they are each in default under Rule 55(a).

## 5. Legal Basis for Default Judgment

A Default Judgment is appropriate when:

• defendants were properly served,

• deadlines have expired,

• no response has been filed,

• liability is established through the Complaint,

• and damages or relief requested are supported by law.

All such requirements are met here.

## 6. Relief Requested

Plaintiff respectfully requests that the Court enter Default Judgment against all non-answering defendants and grant all relief requested in the Complaint, as permitted by law.

Dated: November 16, 2025
White Plains, New York

**Respectfully submitted,**
**Janisa Josefina Lanzaro-Brunstein**
25 Aldo Court
Monroe, NY 10950
Phone: 716-380-3763

Email: janisabrunstein@icloud.com
Plaintiff, Pro Se