USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____ 12/8/2025

**MEMO ENDORSED**

Janisa Josefina Lanzaro-Brunstein
25 Aldo Ct
Monroe, NY 10950
Phone: 1-716-380-3763
Email: janisabrunstein@icloud.com

November _25t_ 2025

Pro Se Intake Unit
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

The Court denies Plaintiff's request without prejudice. Plaintiff must first demonstrate that she has good cause to substitute alternative service upon Defendants. A "good cause" extension requires a showing of reasonable diligence in trying to effect proper service upon a defendant. *See Henneberry v. Borstein*, 91 A.D.3d 493, 496 1st Dep't 2012. The Court therefore directs Plaintiff to submit a sworn declaration and/or affirmation explaining her efforts of serving Defendants consistent with federal and state law. There is no such declaration attached to this submission. The Clerk of Court is kindly directed to terminate the motion at ECF No. 160 and to mail this Endorsement to pro se Plaintiff at the address listed on ECF and to show service on the docket.

Dated: December 8, 2025
        White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Re: Lanzaro-Brunstein v. The Creative Portal LLC

Case No. 7:25-cv-05905-NSR

Submission of Renewed Motion for Alternative Service

To Whom It May Concern:

Enclosed please find the following documents for filing on the docket in the above-referenced matter:

1. Plaintiff's Renewed Motion for Alternative Service;

2. Plaintiff's Affidavit of Due Diligence; and

3. Plaintiff's Proposed Order Granting Renewed Motion for Alternative Service.

These filings are submitted in compliance with the Court's recent Order directing Plaintiff to provide a sworn declaration demonstrating reasonable diligence in attempting service.

Please kindly file these documents on ECF under the appropriate docket entries. If the Court requires any additional information, I will promptly provide it.

Thank you for your assistance.

Respectfully,

Janisa Josefina Lanzaro-Brunstein

Plaintiff, Pro Se