UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    12/8/2025

LANZARO-BRUNSTEIN,

Plaintiff,

v.

CREATIVE PORTAL LLC, WRITER'S PORTAL LLC, WOODSIDE MOTION CO., and JACK ANDREWS,

Defendants.

Case No. 7:25-cv-5905 (NSR)

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

UNDER FED. R. CIV. P. 45

TO: MagicPay.net / MagicPay Merchant Services / All MagicPay Affiliated Entities

YOU ARE HEREBY COMMANDED to produce the documents described in Attachment A at the following address:

Plaintiff: Janisa Lanzaro-Brunstein

Address: 25 Aldo Ct, Monroe, NY 10950

Email: Janisabrunstein@icloud.com

Phone: 716-380-3763

Production Date: November 14th, 2025

Failure to comply may result in contempt of court under Rule 45(g).

As previously stated in the Court's previous memo endorsement (ECF No. 101), Plaintiff's application seeking authorization and enforcement of multiple subpoenas (ECF No. 112) are DENIED without prejudice to renew upon full compliance with Federal Rule of Civil Procedure 45. The Court of Clerk is directed to mail a copy of this endorsement to pro se Plaintiff at the address listed on ECF and terminate the motion at ECF No. 112.

Dated: December 8, 2025
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

*(MEMO ENDORSED — printed vertically in left margin)*

-----------------------------------------------------

ATTACHMENT A — DOCUMENT REQUESTS

-----------------------------------------------------

1. All merchant account applications, onboarding documents, and KYC files associated with:

• Creative Portal LLC

• Writer's Portal LLC

• Woodside Motion Co.

• Any entities connected to Jack Andrews

2. Full merchant transaction histories, including:

• Approved transactions

• Declined transactions

• Refunds

• Chargebacks

• Dispute files

3. All logs containing:

• IP addresses used to access the merchant accounts

• Device fingerprints

• Browser metadata

• Login timestamps

4. All internal notes, emails, risk reviews, fraud alerts, or compliance actions related to the above entities.

5. All transactions, records, or correspondence referencing or involving Plaintiff Janisa Lanzaro-Brunstein.

6. Communications between MagicPay and any of the listed entities or individuals.

7. Any merchant accounts opened using similar:

• EINs

• Phone numbers

• Emails

• Addresses

• IP logins


----------------------------------------------------

NOTICE

----------------------------------------------------

This subpoena is issued by a party appearing pro se. Objections must be served within 14 days.

Dated: November 14th, 2025

_____

Janisa Lanzaro-Brunstein

Pro Se Plaintiff