USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    2/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
Lanzaro-Brunstein,                                                      :
                                                                        :
        -v-                                                             :          25-CV-5905 (NSR)
                                                                        :
The Creative Portal LLC et al                                          :               ORDER
                          Defendants                                    :
--------------------------------------------------------------------- :
                                                                        :
                                                                        X

NELSON S. ROMÁN, United States District Judge:

Plaintiff's motions for default judgment at ECF Nos. 186 and 198 are **DENIED**. As explained in the Court's prior Orders, the Court does not proceed by motion for default judgment in the first instance. (*See* ECF Nos. 164 and 165) The Clerk of Court has not issued Certificates of Default as to any defendant, which are a prerequisite to seeking a default judgment. Pro se Plaintiff is further reminded that she must comply with the Court's Individual Practices Schedule A and ECF Rules 16.1 and 16.3, which govern the procedure for a proposed Order to Show Cause without emergency relief.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 186 and 198.

Dated: February 16, 2026
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge