UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Janisa Josefina Lanzaro-Brunstein,

Plaintiff,

- against -

Writer's Portal LLC,

Defendant.

Pro se Plaintiff's motion for default judgment is DENIED. Pro se Plaintiff is reminded that she must comply with the Court's Individual Practices Schedule A and ECF Rules 16.1 and 16.3, which govern the procedure for a proposed Order to Show Cause without emergency relief. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 243.

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Dated: March 23, 2026
White Plains, NY

7:25-cv-5905(NSR)

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that Plaintiff Janisa Josefina Lanzaro-Brunstein, appearing *pro se*, hereby moves this Court before the Honorable Nelson S. Román, United States District Judge for the Southern District of New York, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, for an Order entering default judgment against Defendant Writer's Portal LLC.

Plaintiff further requests that the Court award damages in an amount to be determined upon the evidence submitted to the Court, together with costs and such other and further relief as the Court deems just and proper.

This motion is based upon the Amended Complaint filed on September 16, 2025 (ECF No. 65), proof of service of the summons and operative Amended Complaint on February 4, 2026 (ECF No. 225), the Clerk's Certificate of Default entered on March 9, 2026, the accompanying declaration and exhibits submitted by Plaintiff, and all prior pleadings and proceedings in this action.

Respectfully submitted,

Dated: March 9, 2026
Monroe, New York

**Janisa Josefina Lanzaro-Brunstein**
Plaintiff, Pro Se
25 Aldo Ct
Monroe, NY 10950
Email: janisabrunstein@icloud.com
Phone: 716-380-3763

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 23, 2026