USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/21/2026__

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**Janisa Josefina Lanzaro-Brunstein**, Plaintiff,

v.

**Writer's Portal LLC**, Defendant.

Case No.: 7:25-CV-05905-NSR

Hon. Nelson S. Roman

Pro se Plaintiff's motion for default judgment is DENIED. Pro se Plaintiff is reminded that she must comply with the Court's Individual Practices Schedule A and ECF Rules 16.1 and 16.3, which govern the procedure for a proposed Order to Show Cause without emergency relief. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 251.
Dated: May 21, 2026
    White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

PLEASE TAKE NOTICE that Plaintiff Janisa Josefina Lanzaro-Brunstein, proceeding pro se, respectfully moves this Court for entry of default judgment against Defendant Writer's Portal LLC, pursuant to Rule 55 of the Federal Rules of Civil Procedure.

This motion is based upon the Clerk's Certificate of Default, Plaintiff's Declaration, supporting Exhibits, and the accompanying Memorandum of Law.

**DAMAGES**

**A. Payments to Defendant**

$25,000 – Check

$15,000 – Check

$10,000 – Wire Transfer

**Subtotal: $50,000**

**B. Creative Services**

$35,000 – Cinematic Trailers

$5,000 – Documentary

$5,000 – Video Production

**Subtotal: $45,000**

**C. Additional Damages**

$15,000 – Misrepresentation and business loss

$16,000 – Thailand-related losses

**D. Costs and Litigation Expenses**

$10,000 – Filing fees, service, administrative costs

**TOTAL DAMAGES REQUESTED: $136,000**

MEMO ENDORSED

**RELIEF REQUESTED**

Plaintiff respectfully requests that the Court:

1. Enter default judgment against Writer's Portal LLC;

2. Award damages in the amount of $136,000;

3. Grant injunctive relief prohibiting further use of Plaintiff's copyrighted materials;

4. Award costs and such other relief as the Court deems just and proper.

Dated: April 3, 2026

Respectfully submitted,

**Janisa Josefina Lanzaro-Brunstein**

Plaintiff, Pro Se

Email: janisabrunstein@icloud.com

Phone: +1-716-380-3763