**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/15/2026_

Janisa Josefina Lanzaro-Brunstein,
Plaintiff,

v.

Writer's Portal LLC, et al.,
Defendants.

**Case No. 7:25-cv-05905-NSR**

Hon. Nelson S. Roman
United States District Judge

**Portal LLC**

Dear Judge Roman:

The Court is in receipt of Plaintiff's motions for default judgment against Defendants Writers Portal LLC and The Creative Portal LLC. (ECF Nos. 260, 264, 269, 272.) To the extent Plaintiff seeks default judgment against The Creative Portal LLC, the motions are DENIED as moot in light of the Court's June 12, 2026 Opinion and Order dismissing Plaintiff's claims against The Creative Portal LLC without prejudice. To the extent Plaintiff seeks default judgment against Writers Portal LLC, the motions are DENIED without prejudice as premature in light of Plaintiff's deadline to file a Fourth Amended Complaint by July 10, 2026. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 260, 264, 269, and 272, mail a copy of this Endorsement to pro se Plaintiff, and show service on the docket.

Dated: June 15, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

I respectfully submit this letter in connection with my renewed application for an Order to Show Cause and Default Judgment against Defendant Writer's Portal LLC.

Pursuant to the Court's Order dated May 21, 2026, I have submitted the required motion papers, including the Proposed Order to Show Cause, Proposed Default Judgment, Memorandum of Law, Declaration, Exhibits, Certificate of Default entered by the Clerk of Court, and proof of service relating to Writer's Portal LLC.

The record reflects that Writer's Portal LLC was duly served with the Summons and Amended Complaint, failed to appear, answer, or otherwise defend this action, and that the Clerk of Court entered a Certificate of Default. The accompanying submissions set forth the factual and legal basis supporting the requested relief.

As a pro se litigant, I have made every effort to comply with the Court's rules, procedures, and directives. I respectfully request that the Court review the submitted materials, sign the proposed Order to Show Cause, and grant default judgment against Writer's Portal LLC together with such further relief as the Court deems just and proper.

I sincerely appreciate the Court's time, attention, and consideration of this matter.

Respectfully submitted,

**Janisa Josefina Lanzaro-Brunstein**
Plaintiff, Pro Se
25 Aldo Ct
Monroe, NY 10950
Email: janisabrunstein@icloud.com

Dated: June 10, 2026

MEMO ENDORSED