RECEIVED
SDNY DOCKET UNIT
2026 JUN 15 PM 12: 50

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Janisa J. Brunstein,

Plaintiff,

v.

Writers Portal LLC, Creative Portal LLC, et al.,

Defendants.

Case No. 7:25-CV-05905-NSR

Hon. Nelson S. Roman

Pro se Plaintiff's motion for default judgment is DENIED. Pro se Plaintiff is reminded that she must comply with the Court's Individual Practices Schedule A and ECF Rules 16.1 and 16.3, which govern the procedure for a proposed Order to Show Cause without emergency relief. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 274.
Dated: July 22, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

MEMO ENDORSED

# RENEWED NOTICE OF MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that Plaintiff Janisa J. Brunstein respectfully renews her Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure against Defendants Writers Portal LLC, Creative Portal LLC, et al.

This renewed motion is submitted in accordance with the Individual Rules and Practices in Civil Cases of Judge Nelson S. Roman, including Procedures 16.1 and 16.3 applicable to motions filed by individual pro se litigants.

Plaintiff respectfully requests that the Court enter default judgment awarding compensatory damages, litigation expenses, injunctive relief, costs, pre-judgment interest, post-judgment interest, and all additional relief deemed proper by the Court.

Plaintiff further alleges that Defendants induced Plaintiff to incur substantial financial expenditures through alleged misrepresentations concerning cinematic trailers, promotional campaigns, entertainment marketing services, and

opportunities allegedly connected to Amazon Studios and related entertainment industry exposure.

Plaintiff alleges that Defendants represented that expensive cinematic trailers and promotional productions from Creative Portal LLC were necessary in order to satisfy professional standards allegedly required for Amazon Studios acquisition opportunities and entertainment industry consideration.

Plaintiff relied upon these representations and incurred substantial financial losses including approximately $40,000 in bank checks, approximately $10,000 in wire transfers, approximately $35,000 connected to cinematic trailer and promotional media expenditures, substantial Thailand project losses exceeding $18,000 in travel expenses together with approximately $5,000 paid toward the Thailand project itself, and approximately $10,000 in litigation-related expenses.

Plaintiff additionally alleges that Creative Portal LLC continued publishing, displaying, broadcasting, monetizing, and exploiting Plaintiff's cinematic trailers and promotional videos on YouTube and internet platforms without authorization, consent, or compensation while denying Plaintiff administrative access and ownership control over associated accounts.

Otherwise, Plaintiff would never have hired Defendants or incurred the substantial financial losses described herein.

Dated: May 27, 2026

Respectfully submitted,

Janisa J. Brunstein

Pro Se Plaintiff

25 Aldo Ct

Monroe, NY 10950

janisabrunstein@icloud.com