UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANISA JOSEFINA LANZARO-BRUNSTEIN ,<br><br>Plaintiff,<br><br>-against-<br><br>THE CREATIVE PORTAL LLC, WRITER'S PORTAL LLC, AND WOOODSIDE MOTION CO.,<br><br>Defendants | 25-CV-05905 (NSR)<br><br>DEFAULT JUDGMENT ORDER |

NELSON S. ROMÁN, United States District Judge:

WHEREAS Plaintiff Janisa Josefina Lanzaro-Brunstein commenced this action and obtained a Certificate of Default against Defendant Writer's Portal LLC for failure to appear in this action;

WHEREAS Plaintiff filed an application for a default judgment, a supporting declaration, a Statement of Damages, and supporting records concerning payments made to Writer's Portal LLC for, inter alia, services which were never provided to Plaintiff;

WHEREAS Plaintiff's served Defendant Writer's Portal LLC with service of process and notice of the hearing seeking a Default Judgment;

NOW, upon consideration of the papers submitted in support of Plaintiff's application, and pursuant to Federal Rule of Civil Procedure 55(b)(2), it is hereby:

ORDERED, ADJUDGED, AND DECREED that a default judgment is entered in favor of Plaintiff Janisa Josefina Lanzaro-Brunstein and against Defendant Writer's Portal LLC in the

amount of $50,000.00 determined by the Court to be supported by the operative pleading and competent evidence submitted to the Court;

ORDERED, ADJUDGED, AND DECREED that Plaintiff shall recover prejudgment interest, as allowed by law, in the amount of $5,424.66, calculated at 9% from July 16,2025 through September 29, 2026;

ORDERED, ADJUDGED, AND DECREED that Plaintiff shall recover costs, yet to be determined; and

ORDERED, ADJUDGED, AND DECREED that Plaintiff shall be entitled to post-judgment interest which shall accrue on the judgment as provided by 28 U.S.C. § 1961;

The Clerk of Court is respectfully directed at entering judgment against Defendant Writer's Portal LLC in accordance with this order.

Dated: September 29, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge