MEMO ENDORSED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JANISA JOSEFINA LANZARO-BRUNSTEIN,
Plaintiff, pro se,
v.
THE CREATIVE PORTAL LLC, et al.,
Defendants.
**Case No. 7:25-cv-05905 (NSR)**

## LETTER REQUEST FOR A CLERK-ISSUED SUBPOENA TO JPMORGAN CHASE BANK, N.A.

October 24, 2026
Honorable Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, NY 10601

**The Court directs Plaintiff to contact the Pro Se Legal Assistance Project for guidance on post judgment enforcement. Information about the project can be found here: https://www.nysd.uscourts.gov/attorney/legal-assistance. The Clerk of the Court is kindly directed to terminate the motions at ECF Nos. 288, 289, 290.**

**Dated: October 30, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Dear Judge Román:

I am the pro se Plaintiff in this action. In aid of enforcement of the judgment against Writer's Portal LLC, I respectfully request a Clerk-issued, signed subpoena for production of documents (Form AO 88B) directed to the records custodian of JPMorgan Chase Bank, N.A., pursuant to Federal Rules of Civil Procedure 45(a)(3) and 69(a)(2). If a separate application is required, I respectfully request directions for submitting it.

The wire-transfer instructions sent to me by an individual identifying himself as Jack Andrews on May 7, 2024, identify the following banking information:

**Bank:** Chase Bank
**Account name:** Writers Portal LLC
**Account number:** ending 1367
**Routing number:** 122100024
**Bank address stated in the instructions:** 270 Park Avenue, New York, NY

The full account number is retained in my original instructions and can be supplied to Chase with the subpoena. Only its final four digits are stated here for public filing. The Manhattan address is the address supplied in the payment instructions; I do not represent that it is the proper address for service of a subpoena.

I seek to identify who opened, controlled, and was authorized to sign on this account, and to trace the wire transfers and checks paid for Writer's Portal LLC. I do not presently know the individual account signers. The Arizona corporate record's identification of Elaine L. Bigelow as a member does not, by itself, establish that she was authorized to sign on or control this bank account.

## Unsuccessful service and the Arizona corporate record

I also bring to the Court's attention the unsuccessful attempt to deliver the default judgment order and my postjudgment discovery requests to Writer's Portal LLC at **1820 E. Ray Road, Suite 1000, Chandler, Arizona 85225**, the address used for the earlier mailing. These circumstances explain the practical difficulty in obtaining information directly from the company and support my request for focused discovery from Chase.

**Earlier receipt of mail.** ECF No. 283, filed September 25, 2026, includes a USPS return receipt addressed to Writer's Portal LLC at that Chandler address. It identifies Kendra Vadnal as the recipient, bears a signature, and shows a handwritten delivery date appearing to read August 31, 2026. The filing identifies that mailing as the order to show cause. See Exhibit B. Receipt of that mailing is documented; Ms. Vadnal's legal authority to accept service on behalf of the company is not independently established by that receipt.

**October 20, 2026 attempt.** The signed return of Richard Schattenberg reports an unsuccessful attempt at 10:23 a.m. He states that Ms. Vadnal said the location had no affiliation authorizing it to accept documents for Writer's Portal LLC and that Elaine Bigelow was not listed as an occupant. He returned the papers unexecuted, with the subject marked unknown. See Exhibit C. The return does not state that Ms. Vadnal admitted being a former authorized agent or that Ms. Bigelow had ceased being the statutory agent.

**October 16, 2026 status date.** The Arizona Corporation Commission record retrieved October 21, 2026, lists Writer's Portal LLC, Business ID 23348962, as inactive, with a status date of October 16, 2026, and administrative dissolution attributed to the absence of a valid statutory agent or principal address. It lists a statutory agent resignation filed May 18, 2026, leaves the current statutory-agent section blank, and identifies Elaine L. Bigelow as a member. See Exhibit A. This establishes the recorded status, not that business operations actually stopped on October 16 or that dissolution caused the failed service attempt.

**Unresolved reference to Ms. Bigelow.** I respectfully ask how Ms. Vadnal came to mention Ms. Bigelow in connection with the company while denying an affiliation authorizing acceptance. The server's account does not identify who first supplied Ms. Bigelow's name or the description of her as statutory agent. I therefore seek clarification rather than a finding of prior knowledge or intentional evasion. I request procedural directions concerning completion of service on Writer's Portal LLC and any required notice of the Chase subpoena; I do not ask that the unsuccessful attempt be treated as completed service.

**Supporting exhibits:** A: Arizona Corporation Commission record (2 pages). B: ECF No. 283 and USPS return receipt (2 pages). C: signed return of unsuccessful service (1 page).

**Proposed scope of the bank records request**

1. **Account ownership and authorized signers.** Account-opening applications, signature cards, banking resolutions or authorizations, and records identifying the account owner, persons who opened the account, and persons authorized to sign or transact, including changes and the effective dates of their authority. The request would cover the period from the earliest identified payment through production or account closure, including earlier opening records necessary to identify ownership and authority.

2. **Wire transfers.** Records of the identified wire payments, including confirmations, transaction identifiers, amounts, dates, originating and receiving institutions, beneficiary details, and records showing credit to the receiving account. I will identify the payments by the dates, amounts, and reference numbers available in my payment records.

3. **Checks and endorsements.** Front and back images of the identified checks payable to Writer's Portal LLC, endorsements, deposit or cashing records, and available records identifying the accounts credited or persons who negotiated the checks. I seek these records to determine where the checks were deposited or cashed; I do not assume that every check was deposited into the wire-transfer account.

4. **Account status and closing funds.** Records sufficient to identify whether the relevant Writer's Portal LLC account remains open, its current balance, and, if closed, its closing date and the disposition and recipient of any closing balance, to the extent those records are held by Chase.

These requests would be limited to records within Chase's possession, custody, or control relevant to the identified payments, the company's account, and collection of the judgment. I will complete the subpoena before service, provide a reasonable compliance period and a proper place of compliance under Rule 45(c), and comply with applicable notice, service, and undue-burden protections under Rule 45. I will supply sensitive identifiers securely and redact them from public filings as required.

I respectfully ask that the Clerk issue the signed subpoena so that I may complete and arrange service of it. This request seeks bank records identifying the account's authorized signers and tracing the payments; it does not ask the Court to find any individual personally liable merely because that person was an account signer.

Respectfully submitted,
**/s/ Janisa Josefina Lanzaro-Brunstein**
Janisa Josefina Lanzaro-Brunstein, Plaintiff, Pro Se
25 Aldo Court
Monroe, NY 10950
Telephone: (716) 380-3763
Email: janisabrunstein@icloud.com

# Arizona Business Center

Login Register

## Business Search

Back

Home > Business Search > Business Information

Business Name
**Writer's Portal LLC**

Business Type
**Domestic Limited Liability Company**

Business ID
**23348962**

State of Formation/Jurisdiction
**Arizona**

Principal Office Address
**801 W Villa Rita Dr, PHOENIX, AZ, Maricopa, 85023, United States**

Mailing Address
**-**

Date of Formation
**03/18/2022**

Status Date
**10/16/2026**

Management Structure
**Member Managed**

Period of Duration
**Perpetual**

Business Status
**Inactive**

Reason for Status
**Administrative Dissolution - No valid stat agent or principal address**

## Character of Business

999999-Any legal purpose

## Statutory Agent Information

-

## Principals Information (1)

| Title | Principal Type | Name | Attention | Address |
|---|---|---|---|---|
| Member | Individual | Elaine L Bigelow | - | 801 W Villa Rita Dr, PHOENIX, AZ, |

**Filing History** Name History Stat. Agent History Service History Restructuring History

| Filing Number | Filing Date/Time | Effective Date | Filing Type |
|---|---|---|---|
| 05212607425756 | 05/18/2026 07:40 AM | 05/18/2026 | Statutory Agent Resignation |
| 24012904058839 | 01/29/2024 04:05 AM | 01/29/2024 | Statement of Change - LLC Principa |
| 22031808497224 | 03/21/2022 11:04 AM | 03/18/2022 | Articles of Organization |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANISA JOSEFINA LANZARO-BRUNSTEIN,**<br>Plaintiff,<br><br>v.<br><br>**THE CREATIVE PORTAL LLC, et al.,**<br>Defendants. | **Case No. 7:25-CV-05905-NSR**<br><br>**NOTICE OF FILING PROOF OF SERVICE OF ORDER TO SHOW CAUSE UPON WRITER'S PORTAL LLC** |

Plaintiff Janisa Josefina Lanzaro-Brunstein, appearing pro se, respectfully files this Notice to place on the docket proof of service of the Order to Show Cause upon Defendant Writer's Portal LLC.

The attached United States Postal Service Domestic Return Receipt (PS Form 3811) identifies the article as addressed to **Writer's Portal LLC, 1820 E. Ray Rd., Suite 1000, Chandler, Arizona 85225** and reflects delivery with a recipient signature and a handwritten date of delivery.

The USPS return receipt bears **Article Number 9589 0710 5270 4108 6046 55**. The receipt also displays the associated barcode number **9590 9402 9585 5121 6803 29**.

A true and correct copy of the USPS Domestic Return Receipt is attached hereto as **Exhibit A**.

Dated: September 4, 2026

Respectfully submitted,

**/s/ Janisa J. Lanzaro-Brunstein**

Janisa Josefina Lanzaro-Brunstein
Plaintiff, Pro Se

# EXHIBIT A

USPS DOMESTIC RETURN RECEIPT (PS FORM 3811)

**Writer's Portal LLC**

Article No. 9589 0710 5270 4108 6046 55

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WRITER'S PORTAL LLC.
1820 E. RAY RD.
SUITE 1000
CHANDLER, AZ 85225

9590 9402 9585 5121 6803 29

2. Article Number *(Transfer from service label)*

9589 0710 5270 4108 6046 55

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Linda Nal ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Kendra Vadnal

C. Date of Delivery 8/31/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
lail
lail Restricted Delivery
0)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Exhibit A - USPS return receipt showing the addressee, delivery signature/date, barcode, and article number.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **7:25-cv-05905-NSR**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Writer's Portal LLC.**
was received by me on **10/20/2026:**

☐ I personally served the **DEFAULT JUDGMENT ORDER; Plaintiff's First Supplemental Request for Production to Writer's Portal LLC; Plaintiff's Post-Judgment Interrogatories and Request for Production to Writer's portal LLC; Plaintiff's Second Supplemental Request for Production to Writer's Portal LLC** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Unknown** after attempting service at **1820 E Ray Rd Suite 1000, Chandler, AZ 85225-8720**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 153.00** for services, for a total of **$ 153.00**.

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

**Richard Schattenberg**

*Printed name and title*

**316 W 2nd St.**
**3rd Floor**
**Los Angeles, CA 90012**

*Server's address*

Additional information regarding attempted service, etc:

**10/20/2026 10:23 AM: I spoke with an individual who identified themselves as the employee and they stated subject unknown. This address is expensive workspace. I spoke to Kendra Vadnal who stated they had no affiliation to accept for writers portal LLC nor do they have stat agent Elaine Bigelow listed as an occupant**

Tracking #: **0247394739**